# EXHIBIT A

## Preferred Names

Molt, Shannon <ShannonMolt@usd475.org>
Wed 3/31/2021 9:56 AM

**To:** Artley, Reesa <ReesaArtley@usd475.org>; Banks, Jason <JasonBanks@usd475.org>; Barstow, John <JohnBarstow@usd475.org>; Barth, Virginia <VirginiaBarth@usd475.org>; Bascue, Bradley <BradleyBascue@usd475.org>; Boland, Mary <MaryBoland@usd475.org>; Boyd, Kelsey <KelseyBoyd@usd475.org>; Brandmahl, Shelli <ShelliBrandmahl@usd475.org>; Brennan, Kathleen <KathleenBrennan@usd475.org>; Brumage, Cassandra <CassandraBrumage@usd475.org>; Burton, Alexandria <AlexandriaBurton@usd475.org>; Calabrese, Kathleen <KathleenCalabrese@usd475.org>; Campbell, Sara <SaraCampbell@usd475.org>; Cason, Billy <BillyCason@usd475.org>; Celik, Allison <AllisonCelik@usd475.org>; Cervera, Robert <RobertCervera@usd475.org>; Charest, Lacey <LaceyCharest@usd475.org>; Chou, Elizabeth <ElizabethChou@usd475.org>; Cole, Andreya <AndreyaCole@usd475.org>; Conrade, Amanda <AmandaConrade@usd475.org>

Good Morning,

When we have a student that requests to go by a preferred name that is different than their given name, our district honors the request. Once you are aware of a preferred name, use that name for the student.

Please let me know what question you have.

Sincerely,
Shannon

---

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential, or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination, or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return email and delete this communication and destroy all copies.

**Notice of Nondiscrimination**

Geary County USD #475 does not discriminate on the basis of race, color, national origin, sex, disability, or age in its programs and/or activities and provides equal access to the Boy Scouts and other designated youth groups. For questions or complaints based on race, color, national origin, sex or age, please contact the USD 475 Executive Director of Personnel, 123 N. Eisenhower, Junction City, KS 66441. Telephone: 785.717.4000. For questions or complaints based on disability, please contact the USD 475 Executive Director of Special Education, 123 N. Eisenhower, Junction City, KS 66441. Telephone: 785.717.4000