# EXHIBIT C

6/16/2021                                                    Mail - Ricard, Pamela - Outlook

## NOTICE OF SUSPENSION OF TEACHER

## Toomey, Dawn <DawnToomey@usd475.org>

Fri 4/9/2021 3:32 PM

**To:** Ricard, Pamela <PamelaRicard@usd475.org>
**Cc:** Molt, Shannon <ShannonMolt@usd475.org>; Sell, Lacee <LaceeSell@usd475.org>

📎 1 attachments (161 KB)

Superintendent approval notice - NOTICE OF SUSPENSION OF TEACHER - Pamela Ricard.pdf;

NOTICE OF SUSPENSION OF TEACHER


TO:      Pamela Ricard
FROM:  Lacee Sell, Associate Superintendent
DATE:    April 9, 2021
RE:        Notice of Suspension – administrative leave


Pursuant to action taken by the Superintendent of Unified School District No. 475, Geary County, Kansas, you are hereby officially notified that you are suspended from each, every and all of your duties as a Middle School Teacher, effective the 12th day of April 2021 pending an investigation of violations to board policy. Your return to work will be dependent upon the results of the district investigation.

This suspension is in connection to violations of the following board policies:
- Board Policy GAAA – Equal Opportunity Non-Discrimination
- Board Policy GAAB – Complaints of Discrimination
- Board Policy GAACA – Diversity and Inclusion
- Board Policy GAAE – Bullying by Staff
- Board Policy GAE – Complaints
- Board Policy GAF – Staff-Student Relations
- Board Policy GBU – Ethics
- Board Policy JCCD – Bullying
- Board Policy JCE – Complaints
- Board Policy JGECB – Student Diversity and Inclusion
- Title VII – Civil Rights Act of 1694

You are hereby directed to return to Dawn C. Toomey any key or keys you may have to any school room or school building and to return to Dawn C. Toomey at the Devin Center, Personnel Services, any and all property of the school district in your possession or under your control, not later than 5:00 p.m. on the 12th day of April  2021. You are hereby directed not to be on district property or attend district activities unless so authorized in writing by the superintendent or the superintendent's designee.

The administrative leave period will be with pay in accordance with Board Policy GBK - suspension.  This suspension will be a minimum of two days and a return to work will be issued upon completion of the investigation and determination of the Superintendent.


Respectfully,



Dawn C. Toomey, MBA-HRM, SHRM-CP

Executive Director of Personnel Services

Geary County USD 475

123 N. Eisenhower Drive

Junction City, KS 66441

Phone: 785-717-4010

Fax: 785-717-4003

www.usd475.org

Engage, Empower, & Encourage

---

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential, or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination, or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return email and delete this communication and destroy all copies.

**Notice of Nondiscrimination**

Geary County USD #475 does not discriminate on the basis of race, color, national origin, sex, disability, or age in its programs and/or activities and provides equal access to the Boy Scouts and other designated youth groups. For questions or complaints based on race, color, national origin, sex or age, please contact the USD 475 Executive Director of Personnel Services, 123 N. Eisenhower, Junction City, KS 66441. Telephone: 785.717.4000. For questions or complaints based on disability, please contact the USD 475 Executive Director of Special Education, 123 N. Eisenhower, Junction City, KS 66441. Telephone: 785.717.4000