# EXHIBIT D

## Geary County USD 475 Written Reprimand Documentation Form
### Administrator / Supervisor File

As per Article X Section C Subsection 2 of the Negotiated Agreement: "Once the administrator determines that a written reprimand is necessary, a face to face meeting with the teacher shall occur within 3 business days unless there are extenuating circumstances. It shall contain sufficient details of the incident to allow understanding by the teacher who shall submit a written response to the allegations within 3 business days unless there are extenuating circumstances. The response shall be attached to the reprimand, and both will remain in the teacher's building personnel file. There shall be no further appeal of the reprimand, and both will remain in the teacher's building personnel file. A series of oral reprimands can be grouped together under unprofessional behavior."

A written warning is the second step in the Teacher Discipline Policy as per Section X of the Negotiated Agreement

*Note: Anonymous emails/oral reports are not sufficient evidence for disciplinary action. If evidence is based on video recording, such evidence shall be provided to the teacher as a part of the meeting. If verifiable evidence is not able to be provided, there shall not be any disciplinary action taken.*

Employee Name: Pamela Ricard

Administrator / Supervisor Initiating Action (Name / Title): Shannon Molt

Date/Time Written Reprimand Meeting w/ Employee: 4/15/21 at 8:00 AM

Date of Initial Infraction: 04/07/21

Date(s) of Subsequent Infraction(s): 04/08/21

Reason with Supporting Evidence for Written Reprimand (i.e. violation of Negotiated Agreement, Board of Education Policy, Faculty Manual, etc.):

*See Attached

PRR (Employee Initials) The purpose of the meeting was for the issuance of written warning for the infraction stated above. I do not agree with this !

If no further action is taken – this matter may no longer be referenced in any way (written or otherwise) thirteen (13) months after date of Written Reprimand Meeting and shall be destroyed at the end of that school year.

Date of Documentation Termination Due to Inaction:

Agreed upon resolution:

Preferred names and pronouns will be utilized.
A standard operating procedure for notification of preferred names and pronouns will be share with staff by the district.

Employee Signature: _Pamela R. Ricard_ Date: 4/15/21

Administrator/Supervisor Signature: _[signature]_ Date: 04/15/21

Teacher written response is attached – please initial yes or no: ___ Yes _X_ No

If no further action is taken – this matter may no longer be referenced in any way (written or otherwise) thirteen (13) months after date of Written Reprimand Meeting and shall be destroyed at the end of that school year.

Date of Documentation Termination Due to Inaction: _____

Mrs. Ricard has engaged in discriminatory practices. The behavior demonstrated by Mrs. Ricard is against the guidance provided by building leadership via email on March 31, 2021 and the building's weekly newsletter on April 4, 2021.

The email and newsletter shared, "when we have a student that requests to go by a preferred name that is different than their given name, our district honors the request. Once you are aware of a preferred name, use that name for the student." Mrs. Ricard was made aware of one student's request via an email sent by Mr. Lubbers. Mrs. Ricard called the student by their last name instead of their preferred name. Mrs. Ricard was made aware of a second student who wanted to use a preferred name and pronouns by a colleague. Mrs. Ricard refused to use that students' preferred names and pronouns. She stated in her interview that she would not call them by their preferred names and pronouns without getting approval from the parents. At the end of the interview Mrs. Ricard stated she would follow the policy even though she did not agree with it.

As an employee of the district, Mrs. Ricard participated in the building diversity and inclusion policy training. Even though it was self-directed for her because she was absent when building leadership conducted it, the policy is clear on the board's expectations of staff and students of the district.

Mrs. Ricard is in violation of the following board policies:

• Board Policy GAACB – Diversity and Inclusion

- All employees, students and the Board of Education of Geary County USD 475 have a responsibility to treat others with dignity and respect. All employees, students and the Board of Education are expected to exhibit conduct that reflects dignity, respect and inclusion at all times during the instructional day and at all other district-sponsored programs and events.
    - The student preferred name was not used by Mrs. Ricard.

• Board Policy GAAE – Bullying by Staff

- Section 1. K.S.A. 2007 Supp. 72-8256 is hereby amended to read as follows: 72-8256. (a) As used in this section: (1) "Bullying" means: (A) Any intentional gesture or any intentional written, verbal, electronic or physical act or threat that is sufficiently severe, persistent or pervasive that creates an intimidating, threatening or abusive educational environment for a student or staff member that a reasonable person, under the circumstances, knows or should know will have the effect of: i. Harming a student or staff member, whether physically or mentally; ii. Damaging a student's or staff member's property: iii. Placing a student or staff member in reasonable fear of harm to the student or staff member; or iv. Placing a student or staff member in reasonable fear of damage to the student's or staff member's property;
    - Students felt discriminated against based on the teacher not using the preferred names.

• Board Policy GAF – Staff-Student Relations

- Staff members shall maintain professional relationships with students which are conducive to an effective educational environment. Staff members shall not submit students to bullying, harassment, or discrimination prohibited by board policy. Staff members shall not have any interaction of an inappropriate and/or sexual nature with any student at any time regardless of the student's age or consent.
    - Student (     ) was not called by his preferred name after Mrs. Ricard received notification emails from a student and the counselor. Prior to the notification, Mrs.

Ricard called the student by their legal name. After notification, Mrs. Ricard called the student by their last name.