# EXHIBIT F

4/7/2021



# USD475 Diversity Training on Gender Identity and Gender Expression

Geary County Schools, USD 475

4/7/2021

# TABLE OF CONTENTS

PURPOSE ..................................................................................................................................- 1 -

Scope........................................................................................................................................- 1 -

Training ...................................................................................................................................- 1 -

    What is Gender Identity?.....................................................................................................- 1 -

    What is Gender Expression? ...............................................................................................- 1 -

    Gender Neutral Pronouns....................................................................................................- 1 -

    Discrimination Based on Gender Identify or Gender Expression ......................................- 2 -

# Diversity Training on Gender Identity and Gender Expression

## PURPOSE

The purpose of the Diversity Training on Gender Identity and Gender Expression is to ensure all employees within Geary County USD 475 are provided a respectful and inclusive workplace environment and all students are provided a respectful and inclusive learning environment. The training will follow the guidance listed in board policy GAACB and JGECB policies – Diversity and Inclusion.

## SCOPE

Geary County USD475 believes that fostering a respectful, collaborative, and productive workplace enables staff to contribute and achieve the district goals of behavioral, social, and emotional learning, engagement, and graduation rates. This training can be utilized for all staff and empower inclusivity for students.

## TRAINING

The American Psychological Association (APA) says that "transgender is an umbrella term for persons whose gender identity, gender expression or behavior does not conform to that typically associated with the sex to which they were assigned at birth."

### What is Gender Identity?
Gender identity is the gender with which an individual identifies themselves as, regardless of their biological sex. This may be identified as transgender, trans, genderfluid, non-binary, and other gender identifiers.

### What is Gender Expression?
Gender expression is the individual's gender-related appearance, mannerism, style, voice or dress. An example of this could be an individual wearing shortly cropped hair and a necktie may be perceived as masculine in appearance and an individual wearing make-up and long hair may be perceived as feminine. However, the individual is neither. This gender expression may not reflect that biological sex at birth.

### Gender Neutral Pronouns
Society has historically utilized "he/him" when identifying biological males and "she/her" when identifying biological females. If it is a group of individuals "they/them" is traditionally used. Individuals prefer to utilize pronouns that they identify with. This does not have to agree with their biological assignment. The use of "they/them" is a gender-neutral use of pronouns.

Employees should be aware and make an effort to utilize the pronouns an individual requests to be identified by. This will assist in the prevention of discrimination and harassment. This appropriate usage of pronouns also contributes to a culture of unity and inclusivity.

## Discrimination Based on Gender Identify or Gender Expression

Discrimination due to gender identify or genetic information is in violation of Civil Rights Act of 1964 also known as Title VII. Discrimination can be obvious, example, refusing to hire someone because of their gender identity. Other discrimination may not be so obvious. Example, refusing to call someone by their preferred name or pronoun.

Board policy GAACB – Diversity and Inclusion advises that "all employees, students and the Board of Education of Geary County USD 475 have a responsibility to treat others with dignity and respect. All employees, students and the Board of Education are expected to exhibit conduct that reflects dignity, respect, and inclusion at all times during the instructional day and at all other district-sponsored programs and events. All employees are required to attend and complete annual diversity awareness training to enhance their knowledge to fulfill this responsibility.

Any employee found to have exhibited any inappropriate conduct or behavior against others may be subject to disciplinary action as outlined in Board of Education Policy – GAAB – Complaints of Discrimination; GAAC – Sexual Harassment; GAAE – Bullying by Staff; JCCD – Bullying; JCE – Complaints.

Employees who believe they have been subjected to any kind of discrimination that conflicts with the district's diversity policy and initiatives should seek assistance from a building administrator/supervisor or Personnel Services."

Board policy JGECB – Student Diversity and Inclusion advises that "Geary County Schools embrace student differences in age, color, national origin, disability, ethnicity, socio-economic status, sex, gender identity and sexual orientation, along with any other individual characteristics. To help our students achieve their full potential, USD 475 will improve the quality of each student's instructional program to ensure greater equity and access to all the resources and opportunities the school district offers.

The principles of fairness, equity, and inclusion for all students will be reflected in all the district's educational programs, activities and opportunities provided by Geary County Public Schools.

USD 475's commitment to diversity, equity and inclusion includes:

• Respectful communication, inclusion, and cooperation between and among all students and staff.

• Including student participation in the development of the district's academic and activity programs through student representation and student perspectives in educational decisions.

- 3 -

• Celebrating and including the history and experiences of different races, cultures, and nationalities in the classroom and in all school district activities and programs.

• Providing a greater understanding and respect for the rich diversity of experiences USD 475 students bring to their educational environment

• Each student will experience an engaging, positive, and challenging educational opportunities and extracurricular activities that build on their strengths, passions, and interests.

• Each student will have an opportunity to graduate having obtained the life skills including respect, understanding for diversity, equity and inclusion required in any post-secondary pursuit.

• Programs supporting student social, emotional, academic, and health needs will focus on promoting understanding and acceptance of other students through respect, understanding and positive, inclusive student relationships.

• Address cultural and social biases, practices and barriers that impede equal access to educational opportunities, negatively impact student success, and perpetuate the achievement gap.

Geary County students and staff have a responsibility to treat others with dignity and respect, and value the collaborative contributions of others. All students are expected to demonstrate respect and empathy towards others during the school day and in all school sponsored activities."

Staff and students who engage in discriminatory behavior will be subject to disciplinary actions in accordance with board policies and the negotiated agreement.