# EXHIBIT G

Geary County Schools USD 475     Use of Preferred Names and Pronouns

## Students

When a student shares with a staff member that the student wants to go by a preferred name and pronouns, the staff member will:

- Share the student's request with the building administrator(s) and grade level or school counselor.

The building administration or counselor will speak with the student to confirm the request and provide awareness of the request.  The building administration or counselor will advise the student that their preferred name and pronouns will be utilized by staff in the building.  The building administration will explain to the student that every effort will be made to remember their preferred name and pronouns; however, patience and understanding  will be required.

The building administration will contact the parents/guardians of the student to Inform them that the school will honor the request of the student.

The building administration or counselor will then notify the student's teachers of the preferred name and pronouns.  The building administration will notify any additional staff that may have contact with the student (instructional coaches, nurse, front office staff, support staff.)

## Staff

When a staff member shares with another staff member that they want to go by a preferred name and pronouns, the staff member will advise the building administration.

The building administration will speak with the staff member to confirm the request and provide awareness of the request.  The building administration will advise the staff member that the standard name change practice will take place:

- If during the school year, staff will address the staff member by the preferred name.  Students will be advised of the name change at the end of the school year to prevent confusion for the student.  This is the same practice currently used for name changes due to marriage, divorce, etc.

The building administration will advise all staff through staff meetings and internal communication of the preferred name and pronouns requested by the staff member.  The building administration will explain to the staff member that every effort will be made to remember their preferred name and pronouns; however, patience and understanding will be required .

If  staff are not utilizing the preferred names and pronouns requested by any student or staff member, the building administration should be made aware.  Building leadership will consult with the individuals in question and advise them to  follow district policies and procedures.

Also consult the Pronoun Guidance from Special Education for information on how to proceed with individual education plans.

*April 14, 2021*