# EXHIBIT I



**Geary County Unified**
School District 475

Mary E Devin Center for Educational Services
123 N. Eisenhower, Junction City, KS 66441
Phone 785-717-4000   Fax 785-717-4003
http://www.usd475.org

Dr. Reginald Eggleston, Superintendent

Level III Grievance

May 19, 2021

Re: Grievance of Pamela Ricard

Dear Mrs. Ricard,

This letter is in response to the Level I grievance that you filed on April 28, 2021. The grievance claims that the building leadership violated Article X, Section A and Section C, subsection 1 and 2 of the Negotiated Agreement between Geary County Schools USD 475 and Junction City Education Association by providing a written reprimand without the counseling or oral reprimand occurring. As a remedy, Mrs. Ricard, you are seeking the suspension and written reprimand taken out of your file and have the discussion with the building administrator and student(s) that were originally supposed to take place.

On April 28, 2021, a grievance was presented by Mrs. Pamela Ricard to Mrs. Shannon Molt, principal of Fort Riley Middle School. We have carefully reviewed the allegations and for the following reasons have determined that no negotiated agreement violation occurred.
The negotiated agreement language is the following:

Article X- Teacher Discipline
A. It is agreed informal disciplinary actions are the first steps taken in constructive discipline and are to be taken by administrators in situations of a minor nature involving the teacher's conduct or job performance. Disciplinary actions will be administered in a fair and equitable manner, and, where practical, in a private manner with an appropriate substantive investigation of the key individuals involved.
C. Discipline of a teacher will be progressive and/or sequential, and appropriate to the severity of the infraction, except in those situations that constitute a breach of board policy that could impair the effective operation of the school, or a potential criminal violation. The sequence of discipline shall be as follows:
1. Counseling shall be the first step to a minor infraction such as; lateness to work, professionalism or professional responsibilities. Documentation may occur for record, but no written record will be placed in the professional employee's personnel file.
2. Oral reprimand transmitted directly to the teacher, acknowledged by the teacher, and recorded in the building personnel file only as the existence of the reprimand, without extensive detail.

The disputed language in Article X, Section A seems to be "a minor nature involving the teacher's conduct or job performance". The district believes that the events leading up to the date of the cause of action on April 15, 2021, are not of a minor nature. The building leadership provided communication on multiple days via email and the building newsletter advising staff to utilize the preferred names of students. The communication came from the district office and was presented to staff by the building administration. Several staff members advised you of the preferred names of students and students provided notification of the preferred names they wished to go by.



**Geary County Unified**
School District 475

Mary E Devin Center for Educational Services
123 N. Eisenhower, Junction City, KS 66441
Phone 785-717-4000   Fax 785-717-4003
http://www.usd475.org

Dr. Reginald Eggleston, Superintendent

The suspension was in accordance with board policy GBK – suspension as a result of the investigation into possible violations of board policy. The suspension notification stating the possible board policies in question was delivered through a verbal confirmation, electronic notification, and certified mail notification.

Per your contract you are obligated to follow the Policies, Rules and Regulations of the Board of Education and the requirements of the Superintendent of Schools.

The second set of disputed language is Article X, Section C, Sub Section 1 and 2. Your grievance states that our action was not sequential. The current discipline policy states in Article X, Letter A, "*It is agreed informal disciplinary actions are the first steps taken in constructive discipline and are to be taken by administrators in situations of a minor nature involving the teacher's conduct or job performance.*" Due to the nature of the board policies in violation, the incident was not of a minor nature. The district has an obligation as educators to ensure that our students are provided with a safe and secure environment. When someone engages in conduct that is deemed to be in a discriminatory nature, action must be taken and cannot be limited to a counseling or an oral reprimand. The counseling in this incident had already occurred when the building leadership provided the email notification to staff on March 31, 2021 and through the Trooper Newsletter on April 4, 2021.

During the investigation, the district received statements that Mrs. Ricard had been notified by fellow staff members of the preferred names of students in her Math Strategies class. Mrs. Ricard did not make any attempts to utilize the preferred names when notified by staff.

The evidence that the district has collected demonstrates that there has not been a violation of any portion of the negotiated agreement. Therefore, the grievance and the requested remedy are denied.

Respectfully,

Reginald T. Eggleston, Ed.D.
Superintendent
Geary County Schools USD475