# EXHIBIT L

EXHIBIT A – Proposed neutrally applicable gendered policy procedure and accommodation language

**Proposed procedure for formal gender preference notice:**

1) Student informs staff member of new preferred name and/or pronouns;
2) Staff member makes formal report to administration regarding student request;
3) Administration meets with student to discuss request and student fills out written form request documenting new preferred names and/or pronouns;
4) Administration contacts parents regarding student written request and if parent consents to student request, administration requests parent update the enrollment information of student to include any approved preferred names;
5) Upon completion of parental enrollment update of student information, information is changed in Skyward and an email is sent to all staff regarding the student's legal and preferred names, legal sex, and preferred gender;
6) School gender policy allows for employees to address any student by the first and/or last name only without gendered pronouns or salutations.

**Proposed language in gender preference policy:** "Employees may refer to a student by only their first and/or last name and refrain from using a student's preferred gendered pronouns or salutations. For purposes of this section, the teacher shall refer to a student only by preferred first and/or last name(s) as listed in the official enrollment records of the district and maintained in the Skyward system."

**Example:** Student Sally Jones informs Teacher Smith her preferred name is Bob Jones and her preferred pronouns are they/them. Teacher Smith informs Principal Adams. Principal Adams schedules a meeting with student during study hour to confirm student's request to be called by new preferred name and/or pronouns. Principal Adams provides formal written request form to student on which student lists student's preferred name and/or pronouns. Principal Jones contacts Student Jones's parent or guardian to inform them of student request and asks if they consent to school addressing student by new preferred name and/pronouns. If a parent/guardian indicates verbally that they consent to preferred name and/or pronouns, Principal Jones sends parents forms to update student enrollment records. After parent/guardian completes enrollment update, Principal Jones directs enrollment staff to update student record in Skyward to reflect legal name, legal sex, preferred name, and preferred pronouns. Upon formal notice from school administration regarding Skyward update, Teacher must use preferred first ("Bob") and/or last name ("Jones") but may refrain from using any gendered language when referring to the student.

**Policy advantages**

a. Balances free speech and free exercise constitutional rights with gender discrimination concerns.
b. Allows school administration to "screen out" student's changing names in bad faith as a means of disrupting classroom, retaliating against disliked teachers, or successive ("Bob" today, "Chuck" tomorrow) and vulgar ("C*msock" "B*itchface" "Mrs. Smith S*cks") name changes.
c. Provides due process and notice to teachers through an official reenrollment system.
d. Avoids danger of teachers acting on conflicting information from students and/or other school employees and provides a clear chain of command for teachers to rely upon.
e. Recognizes parental rights through notice and consent.
f. Recognizes students' preferences.