# EXHIBIT M



Josh Ney <josh@joshney.com>

## Ricard; hearing follow-up and continuing accommodation request
1 message

**Josh Ney** <josh@joshney.com>                                                                                 Thu, Aug 12, 2021 at 3:37 PM
To: Mark Edwards <edwards@hooverlawfirm.com>, "Eggleston, Reginald" <ReginaldEggleston@usd475.org>
Bcc: Pamela Ricard <pamelaricard@hotmail.com>, Ryan Kriegshauser <ryan@knlawgroup.com>, Alan Vester <alan@knlawgroup.com>, "Wiegand, Dana" <DanaWiegand@usd475.org>, "Brungardt, Linda [KS]" <Linda.Brungardt@knea.org>

Mark (also copying Dr. Eggleston)-

Can you tell me when you expect the board to render its written decision in the Ricard appeal and who will be drafting it, if you know? I assume that since you represented the administration as an adverse party in the hearing before the school board that you will continue to have no contact with the board on this matter until a written decision is issued.

We also have an ongoing religious accommodation request regarding future enforcement of any gender preference policies in place for the 2021-2022 school year. Can you confirm: 1) whether there are any gender preference policies currently in place at Mrs. Ricard's middle school or district-wide for the 2021-2022 school year that would require school employees to use a student's preferred name and/or gendered pronouns; and 2) what is the status or proposed process for the school responding to our July 8, 2021 religious accommodation request?

While the religious accomodation issue was tabled at the school board hearing, Mrs. Ricard's request for a religious accommodation relates to the threat of future discipline based on any ongoing policies that require teachers to use a student's preferred name (if distinct from the official enrollment records) or pronouns (if different from biological sex). Since school has started and students are in the classroom, it is imperative we receive an answer from the district as soon as possible about Mrs. Ricard's July 8 accommodation request and any policies currently in place.

--
Joshua A. Ney, Esq.
Kriegshauser Ney LLC
900 S. Kansas Ave., Ste. 402
Topeka, KS  66612
Tel. (785) 414-9065
josh@knlawgroup.com
www.knlawgroup.com


PRIVACY ACT NOTICE:  This communication may contain privileged or other private information.  If you are not the intended recipient or believe that you have received this communication in error, please reply to the sender indicating that fact and delete the copy you received.  This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and is legally privileged. It is a violation of Federal Law to print, copy, retransmit, disseminate or otherwise use this information.


EMAIL DISCLAIMER: 1. email communication is not a secure method of communicating, 2. any e-mail that is sent to you or by you may be copied and/or held by various computers it passes through, and 3. persons not participating in this communication may intercept this communication. I am communicating via e-mail with your consent to receive communications via this medium. If you would like to communicate in a separate way, please contact me with the information above. Communication via e-mail does not establish an attorney-client relationship. Information in this message is intended for general informational purposes and shall not be relied upon as legal advice.