# EXHIBIT N



**Geary County Unified School District 475**

Mary E Devin Center for Educational Services
123 N. Eisenhower, Junction City, KS 66441
Phone 785-717-4000   Fax 785-717-4002
http://www.usd475.org

To: Pamela Ricard, Joshua Ney, Dr. Reginald Eggleston and Mark Edwards

From: Jim Schmidt, Vice President, Geary County USD 475 Board of Education

Date: August 11th, 2021

Subject: Decision of the USD 475 Board of Education for the Level V Grievance

To whom it may concern,

Pursuant to Article IV, C.5. (Grievance Procedure) of the 2020-2021 Negotiated Agreement between the Junction City Education Association and the Geary County USD 475 Board of Education (the Board), an appeal hearing before the Board was held in executive session concerning the grievance filed by Pamela Ricard (grievant) on August 4, 2021. The following people were invited to the executive session: Dr. Reginald Eggleston, Mark Edwards, Tim Winter, Kathleen Brennan, Joshua Ney, Catherine Coughlin, Pam Ricard, Linda Brungardt, Dana Weigand, and Ryan Kriegshauser.

Due to the absence of the USD 475 Board of Education President Anwar Khoury, as Vice President, I presided over the meeting. As each of you recall, I noted that board member, Rina Neal, was appearing via Zoom and should the hearing not conclude by 6:25 P.M., she would need to exit the session for another commitment and would no longer be part of the proceeding.

Upon entering the executive session portion of the meeting, I recognized the grievant and the grievant addressed the Board. Following her presentation, her lawyer, Joshua A. Ney, presented his oral and written arguments to the Board and Catherine Coughlin also presented her comments. Thereafter, USD 475 presented comments from Catherine Brennan, the current Principal of Fort Riley Middle School, who last year was the Assistant Principal, Superintendent Reginald Eggleston, and then Mark Edwards made his arguments. After hearing from both sides, all parties, except members of the Board, were excused to consider the matter.

By this communication, the Geary County USD 475 Board of Education is informing the parties that, after considering all the submitted written documentation including the hand delivered letter dated August 4, 2021 consisting of six (6) pages from Mr. Joshua Ney and his Exhibit A and Exhibit B, the following conclusion was reached. The Board denies the grievance and adopts the reasoning of Superintendent, Dr. Reginald Eggleston, set out in his letter to the grievant dated May 19, 2021. In that letter, the Superintendent concluded that the evidence demonstrated that there had not been a violation of any portion of the negotiated agreement; and therefore, the grievance and requested remedy were denied. That conclusion and the reasoning set forth in that letter dated May 19, 2021, plus the other 104 pages of documents submitted by the School District provide the basis to deny the requested remedy sought by the grievant.

Respectfully submitted,

Jim Schmidt
Vice President, Geary County USD 475 Board of Education