# EXHIBIT P

## Revised Board Policy

Brennan, Kathleen <KathleenBrennan@usd475.org>
Fri 10/8/2021 10:57 AM

To: Artley, Reesa <ReesaArtley@usd475.org>; Banks, Jason <JasonBanks@usd475.org>; Barstow, John <JohnBarstow@usd475.org>; Barth, Virginia <VirginiaBarth@usd475.org>; Bascue, Bradley <BradleyBascue@usd475.org>; Bishop, Jodi <JodiBishop@usd475.org>; Boland, Mary <MaryBoland@usd475.org>; Brandmahl, Shelli <ShelliBrandmahl@usd475.org>; Brennan, Kathleen <KathleenBrennan@usd475.org>; Brooks, Kayla <KaylaBrooks@usd475.org>; Brumage, Cassandra <CassandraBrumage@usd475.org>; Calabrese, Kathleen <KathleenCalabrese@usd475.org>; Cason, Billy <BillyCason@usd475.org>; Castellanos, Giselle <GiselleCastellanos@usd475.org>; Celik, Allison <AllisonCelik@usd475.org>; Cervera, Robert <RobertCervera@usd475.org>; Charest, Lacey <LaceyCharest@usd475.org>; Chou, Elizabeth <ElizabethChou@usd475.org>; Conrade, Amanda <AmandaConrade@usd475.org>; Cooper, Mary <MaryCooper@usd475.org>

Good Morning,

The below message was sent to families via email yesterday afternoon.

**USD 475 Parents and Guardians,**

**On September 7, 2021, the USD 475 Board of Education adopted an addition to the district Diversity and Inclusion Policy. USD 475 is committed to creating an educational environment that embraces diversity, equity, empathy, and inclusion for all students. This policy includes, "Respectful communication, inclusion, and cooperation between and among all students and staff". The addition to this policy is the statement: Students will be called by their preferred name and pronoun. This means if a student makes a request of a staff member to call them by a name other than their legal name as noted in the student information system- Skyward, the staff member(s) will respect the student's wishes and refer to them with the indicated preferred name. USD 475 will not communicate this information to parents unless the student requests the administration or counselor to do so, per Federal FERPA Guidance. The entire Diversity and Inclusion policy, JGECB may be found on page 523 of USD 475 Board Policy- 09-2021-KASB-June-updates-BOE-approved-9.7.21.pdf (usd475.org)**
**Thank you for your support of our students and staff.**

**Sincerely,**

**Reginald T. Eggleston, Ed.D.**

**Superintendent**

**Geary County Schools USD475**

*Kindly,*
*Kathleen*

Kathleen Brennan
Principal
Fort Riley Middle School
(785) 717-4500

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential, or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination, or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return email and delete this communication and destroy all copies.

**Notice of Nondiscrimination**

Geary County USD #475 does not discriminate on the basis of race, color, national origin, sex, disability, or age in its programs and/or activities and provides equal access to the Boy Scouts and other designated youth groups. For questions or complaints based on race, color, national origin, sex or age, please contact the USD 475 Executive Director of Personnel, 123 N. Eisenhower, Junction City, KS 66441. Telephone: 785.717.4000. For questions or complaints based on disability, please contact the USD 475 Executive Director of Special Education, 123 N. Eisenhower, Junction City, KS 66441. Telephone: 785.717.4000