# EXHIBIT Q

# Ricard, Pamela

| | |
|---|---|
| **From:** | Lubbers, Jason |
| **Sent:** | Friday, January 28, 2022 11:54 AM |
| **To:** | Silva, Hannah; Peacock, Brittany; Mullins, Ryan; James, Lemuel; Hayden, Joan; Ricard, Pamela |
| **Cc:** | Fajen, Jeremy |
| **Subject:** | ▮▮▮▮ "birthname ▮▮▮▮" |
| **Sensitivity:** | Confidential |

ALCON,
Ms. Silva was concerned about some written statements made by ▮▮▮▮.  I spoke with ▮▮▮▮ and they wanted me to share that their Uncle's birthday was yesterday and he committed suicide last fall so that is why they were upset.

Break: ▮▮▮▮ stated that staff does not always call them by preferred pronoun….I told them they all might not be aware or just need to be reminded which is the purpose of this statement.

V/R
Jason
Counselor
785-717-4512

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential, or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination, or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return email and delete this communication and destroy all copies.

**Notice of Nondiscrimination**

Geary County USD #475 does not discriminate on the basis of race, color, national origin, sex, disability, or age in its programs and/or activities and provides equal access to the Boy Scouts and other designated youth groups. For questions or complaints based on race, color, national origin, sex or age, please contact the USD 475 Executive Director of Personnel, 123 N. Eisenhower, Junction City, KS 66441. Telephone: 785.717.4000. For questions or complaints based on disability, please contact the USD 475 Executive Director of Special Education, 123 N. Eisenhower, Junction City, KS 66441. Telephone: 785.717.4000