# EXHIBIT R

**GAACB   <u>Diversity and Inclusion</u>**                                                                 **GAACB-2**

Education are expected to exhibit conduct that reflects dignity, respect and inclusion at all times during the instructional day and at all other district-sponsored programs and events. All employees are required to attend and complete annual diversity awareness training to enhance their knowledge to fulfill this responsibility.  Employees will be called by their preferred name and pronouns.

Any employee found to have exhibited any inappropriate conduct or behavior against others may be subject to disciplinary action as outlined in Board of Education Policy – GAAB – Complaints of Discrimination; GAAC – Sexual Harassment; GAAE – Bullying by Staff; JCCD – Bullying; JCE – Complaints.

Employees who believe they have been subjected to any kind of discrimination that conflicts with the district's diversity policy and initiatives should seek assistance from a building administrator/supervisor or Personnel Services.

This policy is in accordance with Board of Education Policy - GAAB – Complaints of Discrimination; GAAC – Sexual Harassment - GAACA Racial and Disability Harassment; GAAE – Bullying by Staff; JCCD – Bullying; JCE – Complaints; JGEC – Sexual Harassment; JGECA – Racial and Disability Harassment.

Adopted by Board 12/7/20
Revised 09/2021, Implemented 10/2021

<u>SECTIONS</u>

©KASB. This material may be reproduced for use in USD 475.  It may not be reproduced, either in whole or in part, in any form whatsoever, to be given, sold or transmitted to any person or entity including but not limited to another school district, organization, company or corporation without written permission from KASB.

**GAAE** **Bullying by Staff** (See [EBC](EBC), [GAAB](GAAB), [JDD](JDD), [JDDC](JDDC), and [KGC](KGC))   **GAAE**

The board of education prohibits bullying in any form by any student, staff member, or parent towards a student or a staff member on or while using school property, in a school vehicle or at a school-sponsored activity or event. For the purposes of this policy, the term "bullying" shall have the meaning ascribed to it in Kansas law.

The administration shall propose, and the board shall review and approve a plan to address bullying as prohibited herein. The plan shall include provisions for the training and education of staff members.

Staff members who bully others in violation of this policy may be subject to disciplinary action, up to and including suspension and/or termination. If appropriate, staff members who violate the bullying prohibition shall be reported to local law enforcement.

Adopted by Board on 08/14, Revised 02/16

[SECTIONS](SECTIONS)

©KASB. This material may be reproduced for use in USD 475. It may not be reproduced, either in whole or in part, in any form whatsoever, to be given, sold or transmitted to any person or entity including but not limited to another school district, organization, company or corporation without written permission from KASB.

**GAF**  **Staff-Student Relations**  **GAF**
(See **GAAC**, **GAACA**, **IIBGC**, **JGEC**, **JGECA** and **KN**)

Staff members shall maintain professional relationships with students which are conducive to an effective educational environment. Staff members shall not have any interaction of a romantic and/or sexual nature with any student at any time regardless of the student's age or consent.

Adopted by Board 07/15;

Revised 09/16; 09/21

**SECTIONS**

©KASB. This material may be reproduced for use in USD 475. It may not be reproduced, either in whole or in part, in any form whatsoever, to be given, sold or transmitted to any person or entity including but not limited to another school district, organization, company or corporation without written permission from KASB.

**JGECB**  **Student Diversity and Inclusion**  **JGECB**

USD 475, Geary County Schools is committed to creating an educational environment that embraces diversity, equity, empathy, and inclusion for all students. USD 475 will create an engaging and welcoming school district culture where students, parents, employees, and community members feel valued, respected, and included.

USD 475 students are individually unique and special and are our communities' greatest asset.

Geary County Schools recognizes the inherent value in the diversity our students and staff bring to our schools and acknowledges that education excellence requires a commitment to equity in the opportunities provided to all students and staff.

Geary County Schools embrace student differences in age, color, national origin, disability, ethnicity, socio-economic status, sex, gender identity and sexual orientation, along with any other individual characteristics. To help our students achieve their full potential, USD 475 will improve the quality of each student's instructional program to ensure greater equity and access to all the resources and opportunities the school district offers.  Students will be called by their preferred name and pronouns.

The principles of fairness, equity, and inclusion for all students will be reflected in all the district's educational programs, activities and opportunities provided by Geary County Public Schools.

USD 475's commitment to diversity, equity and inclusion includes:

- Respectful communication, inclusion, and cooperation between and among all students and staff.
- Including student participation in the development of the district's academic and activity programs through student representation and student perspectives in educational decisions.
- Celebrating and including the history and experiences of different races, cultures, and nationalities in the classroom and in all school district activities and programs.
- Providing a greater understanding and respect for the rich diversity of experiences USD 475 students bring to their educational environment

©KASB. This material may be reproduced for use in USD 475.  It may not be reproduced, either in whole or in part, in any form whatsoever, to be given, sold or transmitted to any person or entity including but not limited to another school district, organization, company or corporation without written permission from KASB.

**JGECB**  **Student Diversity and Inclusion**  **JGECB-2**

- Each student will experience an engaging, positive, and challenging educational opportunities and extracurricular activities that build on their strengths, passions, and interests.

- Each student will have an opportunity to graduate having obtained the life skills including respect, understanding for diversity, equity and inclusion required in any post-secondary pursuit.

- Programs supporting student social, emotional, academic, and health needs will focus on promoting understanding and acceptance of other students through respect, understanding and positive, inclusive student relationships.

- Address cultural and social biases, practices and barriers that impede equal access to educational opportunities, negatively impact student success, and perpetuate the achievement gap.

Geary County students and staff have a responsibility to treat others with dignity and respect, and value the collaborative contributions of others.  All students are expected to demonstrate respect and empathy towards others during the school day and in all school sponsored activities.

This policy is in accordance with Board of Education Policy - GAAB – Complaints of Discrimination; GAAC – Sexual Harassment - GAACA Racial and Disability Harassment; GAAE – Bullying by Staff; JCCD – Bullying; JCE – Complaints; JGEC – Sexual Harassment; JGECA – Racial and Disability Harassment.

Adopted by Board 12/20

Revised by Board 09/21, Implement 10/21

**SECTION**

©KASB. This material may be reproduced for use in USD 475.  It may not be reproduced, either in whole or in part, in any form whatsoever, to be given, sold or transmitted to any person or entity including but not limited to another school district, organization, company or corporation without written permission from KASB.