IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **PAMELA RICARD**,<br><br>*Plaintiff*,<br><br>v.<br><br>**USD 475 GEARY COUNTY SCHOOLS SCHOOL BOARD MEMBERS**—Ron Johnson, Kristy Haden, Anwar Khoury, Jim Schmidt—in their official and individual capacities; Beth Hudson, Mark Hatcher, Jason Butler—in their official capacities; **REGINALD EGGLESTON**, Superintendent, USD 475 Geary County Schools, in his official and individual capacities; **KATHLEEN BRENNAN**, Principal, Fort Riley Middle School, in her official capacity.<br><br>*Defendants.* | Case No: 5:22-cv-04015 |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND EXPEDITED HEARING**

Plaintiff Pamela Ricard, pursuant to Fed. R. Civ. P. 65 and D. Kan. Rule 65.1, requests a temporary restraining order and preliminary injunction prohibiting Defendants from taking adverse action against Ms. Ricard because of her speech or refusal to speak as a result of her religious and scientific beliefs which preclude her from (a) referring to any student using pronouns that are inconsistent with the student's biological sex, and (b) misleading parents about the terms that she and other teachers use to address their children. Ms. Ricard also requests that her motion for a temporary restraining order and preliminary injunctive relief be heard on an expedited basis for the reasons noted in the accompanying memorandum. A proposed order to this effect accompanies this motion.

Specifically, Plaintiff requests:

1.      A temporary restraining order and preliminary injunction prohibiting Defendants from taking adverse action against Ms. Ricard under Geary County Schools School Board Policies GAACB, JGECB or any other policy because of:

1

    a.    Ms. Ricard's speech or refusal to speak as a result of her religious and scientific beliefs which preclude her from referring to any student using pronouns that are inconsistent with the student's biological sex;

    b.    Ms. Ricard's speech or refusal to speak as a result of her religious beliefs which preclude her from misleading parents about the terms that she and other teachers use to address their children; and

    c.    Any other constitutionally protected speech by Ms. Ricard relating to her unwillingness to address students using pronouns inconsistent with a student's biological sex or to mislead parents about the terms that she and other teachers use to address their children.

2.    An expedited hearing on Plaintiff's motion for a temporary restraining order and preliminary injunction as soon as the Court's schedule permits.

Without a preliminary injunction, Defendants seek to compel Ms. Ricard's speech in violation of her rights to free speech, free exercise of religion, and due process of law. Defendants' deprivation of Ms. Ricard's constitutional liberty is causing her irreparable injury. The relief Ms. Ricard requests would not harm any lawful interest of the Defendants and granting Ms. Ricard the requested relief would serve the public interest.

In support of this motion, Ms. Ricard relies on any filed pleadings, including:

a. The Verified Complaint and the attached exhibits;

b. Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and attached exhibit;

c. Declaration of Pamela Ricard in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

Ms. Ricard asks the Court to grant oral argument in support of her motion at a time and date set by the Court.

Respectfully submitted this 13th day of April, 2022.

                                          By: *s/ Tyson C. Langhofer*
                                             Tyson C. Langhofer, KS Bar No. 19241
                                             ALLIANCE DEFENDING FREEDOM
                                             44180 Riverside Pkwy
                                             Lansdowne, VA 20176
                                             (480) 444-0020
                                             tlanghofer@adflegal.org

                                             Joshua A. Ney, KS Bar No. 24077
                                             Ryan A. Kriegshauser, KS Bar No. 23942
                                             Alan M. Vester, KS Bar No. 27892
                                             15050 W. 138th St., Unit 4493
                                             Olathe, KS 66063
                                             Telephone: 913 303-0639
                                             firm@knlawgroup.com

                                             ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 13 day of April, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to:

David R. Cooper
Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th Street
Topeka, KS 66606
(785) 232-7761
dcooper@fpsslaw.com

Attorney for Defendants

*s/ Tyson C. Langhofer*
Tyson C. Langhofer
*Attorney for Plaintiff*