IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **PAMELA RICARD**,<br><br>*Plaintiff*,<br><br>v.<br><br>**USD 475 GEARY COUNTY SCHOOLS SCHOOL BOARD MEMBERS**—Ron Johnson, Kristy Haden, Anwar Khoury, Jim Schmidt—in their official and individual capacities; Beth Hudson, Mark Hatcher, Jason Butler—in their official capacities; **REGINALD EGGLESTON**, Superintendent, USD 475 Geary County Schools, in his official and individual capacities; **KATHLEEN BRENNAN**, Principal, Fort Riley Middle School, in her official capacity.<br><br>*Defendants*. | Case No: 5:22-v-04015 |

**DECLARATION OF PAMELA RICARD IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Pamela Ricard, declare as follows:

1. I am over the age of eighteen and competent to testify, and I make this declaration based on my personal knowledge.

2. My practices regarding the way I address students are consistent with two principles: (1) I treat my students equally, and (2) I am honest with my students.

3. I treat my students equally by referring to students by their names in the Skyward system and using pronouns consistent with their sex. I do not refer to any student, including so-called "cisgendered" students, using pronouns based on that student's subjective identity.

4. If a student asks me to be treated differently, I will accommodate that request as far as possible without violating my commitment to be honest with my students. Consistent with my conscience, I can use a student's requested name (though I believe teachers should have notice that a requested name is mandatory through the Skyward system) but I cannot grant a student's request to be treated differently by using pronouns that are inconsistent with a student's biological sex. I cannot refer to a male student as "she/her" and I cannot refer to a female student as "he/him" because that would be dishonest.

1

5.      To illustrate, suppose a biologically male student legally named John Doe asked me to deviate from my normal practice of using students' names as listed in the Skyward system and sex-based pronouns for every student, and instead requested to be called Jane and to be referred to with "she/her" pronouns. Consistent with my conscience, I would: (1) refrain from using "John" or "he/him" pronouns, (2) use "Jane" or "Doe," and (3) refrain from using any pronouns to address the student, since the student disclaims "he/him" while my own commitment to honesty prohibits me from using "she/her" to refer to this hypothetical student.

6.      My conscience permits me to address a student with the name the student requests, however I believe it is unfair to me and every teacher to make every request mandatory the instant a student communicates it. So, while my conscience allows me to use a student's preferred name, I believe it should not be mandatory for me or any teacher to do so until the student's name has been changed in the Skyward system. I do not have any objection to using the name in the Skyward system to refer to a student.

7.      I rarely, if ever, use pronouns to address a student in direct conversation. I occasionally, but uncommonly, use pronouns to refer to a student in the third person in that student's presence.

8.      I understand that, in recent years, the percentage of students identifying as transgender or experiencing gender dysphoria has increased substantially. In my own experience, I never had a transgender-identifying student from 2005 to 2019.

9.      I began the 2021-2022 school year with two transgender-identifying students in my class. One of those students recently left the school. However, in the last week of March 2022, a female student in my class requested to be addressed with a masculine name but has not specified whether the request includes any change in pronouns.

10.     One of the reasons I object to participating in a student's "social transition" at school is my understanding that the recent increase in the rate of transgender-identifying and gender dysphoric students has some correlation to social factors. I believe that, by participating

in a student's social transition at school, I may be contributing to, rather than detracting from, the source of a student's distress.

11. Neither of the two in my class that request to be called by a name and/or pronouns other than their birth name and/or pronouns have authorized me to discuss these matters with their parents.

12. Therefore, I must use different names with these two students at school than I do in conversations with their parents, and I must conceal from their parents the fact that I use different names with the students at school than in conversations with their parents.

13. There are many other children at Fort Riley Middle School who request to be addressed with names other than their legal, enrolled names and by pronouns inconsistent with their sex that have not granted permission for their parents to be notified about these requests. The school registrar maintains a notebook in her office to keep track of these requests and ensure that parents are not notified without the students' permission.

14. Jason Lubbers referred to one of the students in my class as "she," even though the Written Reprimand issued to me on April 15, 2021 prohibits me from referring to that student as "she" and orders me to refer to that student as "he."

15. Jason Lubbers has not been disciplined for his use of "she" with reference to the student that I am under orders to refer to as "he."

16. I have observed teachers routinely refer to students by the student's legal, enrolled last name in and outside the classroom. In particular, the physical education teachers and sports coaches routinely address students by last name only. Teachers do this for a variety of reasons, including personal preference, ability to get the student's attention, distinguishing students with similar first names, or other reasons.

17. I have never seen another teacher disciplined for referring to a student by the student's legal, enrolled last name.

18. It is the consistent practice of school officials to refer to students by their legal, enrolled first and last name when they use the phone system to notify teachers that the student is

3

being called to the office. School officials use the legal, enrolled first and last name even for students who have requested to be referred to with a different name and/or pronoun.

## DECLARATION UNDER PENALTY OF PERJURY

I, Pamela Ricard, a citizen of the United States and a resident of the State of Kansas, hereby declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of April, 2022.

*[signature]*
Pamela Ricard