Exhibit A

# USD 475 GEARY COUNTY SCHOOLS

## FAMILY HANDBOOK
## 2021-2022



**NOTICE OF NON-DISCRIMINATION**

Geary County USD #475 does not discriminate on the basis of race, color, national origin, sex, disability, or age in its programs and/or activities and provides equal access to the Boy Scouts and other designated youth groups.

For questions or complaints based on race, color, national origin, sex or age, please contact:
Director of Human Resources at 123 N. Eisenhower, Junction City, KS 66441 Telephone 785.717.4000.

For questions or complaints based on disability, please contact:
Director of the Exceptional Student Services Division at 123 N. Eisenhower, Junction City, KS 66441 Telephone: 785.717.4000

**Statements embedded within this handbook are subject to change if Federal, State or Local responses to a pandemic warrant revisions in procedures.**



# TABLE OF CONTENTS

**ADMISSIONS** .......................................................................................................... **1**
- Early Childhood Programs ..................................................................................1
- Admissions K-12 ................................................................................................1

**ATTENDANCE** .................................................................. ...................... **1**
- Absences and Excuses ..................................................... ..........................1
- Excused and Unexcused Absences ..................................................................2
- Significant Part of the Day ...............................................................................2
- Make Up Work ...................................................................................................2
- Truancy ..............................................................................................................2
- Wavier of Compulsory Attendance Requirements ............................................2
- Involvement of Law Enforcement ......................................................................3
- Reporting to Parents .........................................................................................3
- Tardies ...............................................................................................................3

**FOOD SERVICES** .................................................................................................. **3**
- Early Childhood Meal Participation Requirement ..............................................3
- Breakfast ............................................................................................................3
- School Lunch .....................................................................................................3
- Food Allergies/Intolerance ................................................................................4

**SAFE ROUTES TO SCHOOL** ................................................................................ **4**
- Roles of Districts, Schools, Parents/Guardians, and Students .........................4
- District/Schools .................................................................................................4
- Parents and Guardians .....................................................................................4
- Students ............................................................................................................4
- Traffic Safety Education ....................................................................................5
- Student Arrival and Dismissal Activities ...........................................................5
- Bicycles, Scooters, Hoverboards and Skateboards on Campus........................5
- School Design ...................................................................................................5
- School Travel Plan-Moving Beyond the Bus .....................................................5

**TRANSPORTATION** ............................................................................................... **6**
- Busing ...............................................................................................................6
- Proper Busing Riding Conduct ..........................................................................6
- Consequences for Inappropriate Behavior........................................................6
- Allowable Items on the Bus ..............................................................................7
- Musical Instruments ..........................................................................................7
- Unacceptable Items on the Bus .......................................................................7
- Vandalism on the Bus/Vehicle ..........................................................................7
- Loading & Unloading .........................................................................................8
- Missed Bus ........................................................................................................8
- Health Concerns ...............................................................................................8
- Transportation for Special Education Students ..................................................9
- Modified Plans for Student Drop Off ..................................................................9
- Routing ..............................................................................................................9
- Inclement Weather and Transportation ............................................................10
- School Bus Evacuation Drills ............................................................................10
- Transportation Numbers ...................................................................................10

**HEALTH SERVICES** ........................................................................................................ **10**
- Health Concerns .................................................................................................10
- Individual Health Care Plans (IHP) ....................................................................11
- Immunizations ....................................................................................................11
- Immunizations-Medical Exemption .....................................................................11
- Immunizations-Religious Exemption ...................................................................11
- Exclusions ..........................................................................................................11
- Physical Examinations ........................................................................................11
- Illness & Injury ...................................................................................................11
- Returning to School ............................................................................................12
- Parent Notifications ............................................................................................12
- Emergency Accident/Illness Notification .............................................................12
- Non-Emergency Notification ...............................................................................12
- Medication Administration ...................................................................................12
- Exception for Potentially Harmfully Administration .............................................12
- Over the Counter Medication ..............................................................................13
- Prescription Medication ......................................................................................13
- CBD Based Products ..........................................................................................13
- Screenings .........................................................................................................13
- Visions Screening ..............................................................................................13
- Hearing Screenings ............................................................................................14
- Height & Weight Screening .................................................................................14
- Head Lice/Pediculosis ........................................................................................14
- Bedbugs .............................................................................................................15
- Extra Clothing .....................................................................................................15
- Recess/Outside Restrictions ..............................................................................15
- USD 475 School Nurses ......................................................................................15
- Water Consumption ............................................................................................15
- Suicide Support ..................................................................................................16

**SAFETY & SECURITY PROCEDURES** ........................................................................... **16**
- Building Access ...................................................................................................16
- Classroom Visitations .........................................................................................16
- Classroom Treats ...............................................................................................17
- Emergency Drills .................................................................................................17
- School Safety Spotlight Weeks ...........................................................................17
- School Resource Officers ...................................................................................17
- Interrogation and Investigations .........................................................................17
- Coordination with Law Enforcement ...................................................................18
- Notification of Investigation Conducted by Law Enforcement Officers ...............18
- Child Abuse and Identity Investigations Conducted by Law Enforcement Officers ...18
- Law Enforcement Initiated Investigations at School ...........................................18
- Taking Students Into Custody .............................................................................18
- Disturbance of School Environment ....................................................................19
- Definition ............................................................................................................19
- Inclement Weather ..............................................................................................19
- Early Childhood Center Additional Guidelines ....................................................20
- Cold Weather Safety Advisory ............................................................................20
- Cold Weather Recess .........................................................................................20
- Animals on Campus ............................................................................................20

**STUDENT SERVICES AND POLICIES** ........................................................................... **20**
- Communication Chain of Command .....................................................................21
- Complaints About Emergency Safety Intervention Use .......................................21

- One-to-One Technology Devices ................................................................................21
- Student Activities ......................................................................................................21
- Eligibility for Activities ...............................................................................................22
- Appropriate Dress for Students ..................................................................................22
- Party Invitations & Special Deliveries .........................................................................22
- Transfer Policy-Within USD 475 .................................................................................22
- Transfer Policy-Request from Outside of USD 475 ......................................................22
- Student Code of Conduct…........................................................................................23
- Bullying ....................................................................................................................30
- District-wide Parental Involvement Policy ...................................................................30
- Kansas Parent Information Resource Center (KPIRC) ..................................................31
- Parent Right-To-Know ...............................................................................................31
- Title I Schools ...........................................................................................................31
- Section 504 Plans .....................................................................................................32
- Identification and Referral Process .............................................................................32
- Requests by Initiated Parents/District Staff ................................................................32
- Violence Free Schools ...............................................................................................32
- Drug Free Schools .....................................................................................................33
- Tobacco and Nicotine Delivery Devices ......................................................................33
- Administrative Guidelines Emergency Safety Interventions (ESI) ..................................34
- ESI Restrictions ........................................................................................................35
- Seclusion Rooms ......................................................................................................35
- Training ....................................................................................................................35
- Notification and Documentation .................................................................................35
- Documentation of ESI Incidents .................................................................................36
- Parent Right to Meeting on ESI Use ...........................................................................37
- Local Dispute Resolution Process ..............................................................................37

**FAMILY EDUCATIONAL RIGHTS & PRIVACY ACT (FERPA)**....................................... **38**

**EQUAL EMPLOYMENT/EDUCATIONAL OPPORTUNITY/NON DISCRIMINATION**................... **38**

**ANTI-DISCRIMINATORY POLICIES &GRIEVANCE PROCEDURE**................................... **39**
- Discrimination Complaints .........................................................................................38
- Complaints About Discrimination, Discriminatory Harassment ......................................39
- Informal Procedures ..................................................................................................39
- Formal Complaint Procedures ....................................................................................39

**HARRASSMENT**.................................................................................................... **40**
- Racial and Disability Harassment ...............................................................................40
- Sexual Harassment ...................................................................................................42

**USD 475 One-to-One Device Handbook** .................................................................. **51**
- Ownership of the Device ............................................................................................52
- Receiving the Device .................................................................................................52
- General Use ..............................................................................................................52
- Care and Cleaning ....................................................................................................52
- Safe Keeping ............................................................................................................53
- Repair ......................................................................................................................53
- Damage ....................................................................................................................53
- Account Access .........................................................................................................53
- USD 475 Labels ........................................................................................................54
- Probationary Device Status ........................................................................................54
- Returning the Device .................................................................................................54
- Loss and Theft ..........................................................................................................54
- Acceptable Use Policy ...............................................................................................54

- Digital Citizenship....................................................................................................56
- USD 475 Device Agreement ......................................................................................57

## ADMISSIONS

**Early Childhood Programs**
The Early Childhood Program offers a range of placement options to include services by appointment to a variety of classroom experiences, depending on individual student's needs.  Your student's placement is based on many factors and is often a team decision.  The process of beginning your student's admission into the program begins with a short interview that can be conducted by phone by calling the Early Childhood Center at 785-717-6950.

**Admissions K-12**
Students are admitted to Kindergarten in Kansas if they are five (5) years of age <u>on or before August 31st</u> of the year they enter.  Those students entering USD 475 for the first time must present the following documentation:
- ➢ **Birth Certificate**
- ➢ **Immunization Record**
- ➢ **Physical Examination**

If the student does not have an immunization record, they will have to begin the series of shots again, or present an exemption form. Parents will have to provide documentary proof at the time of enrollment that the student has received at least one (1) dose of the required immunizations.  If proof of immunization is contained in files at the student's previous school, every effort will be made by the school nurse to contact that school to obtain immunization records.

**All students new to Kansas** ages 5yrs-8yrs must have a physical examination within 90 days after their first day of attendance.

## ATTENDANCE

When a student is absent, for any reason, it equates to missed academic/instructional contact time, which can impact a student's learning and grades.

**Absences and Excuses** (*Board Policy JBD*)

The Kansas State Department of Education and Unified School District 475 recognize that student school attendance and student academic achievement have a direct correlation.  Therefore KSDE now requires that Kansas schools districts track and report Chronic Absenteeism of students.  Chronic Absenteeism is the percentage of students in a school that have missed more than ten (10) percent or more of the days that school has been in session at any point in the school year.  This includes loss of instructional time for any reason, excused or unexcused. School Administrators will make families aware when their student is reaching the status of being Chronically Absent and work with them to rectify the situation.

When a student is absent from school, an attempt shall be made to contact the parent/guardian to determine the reason for the absence.  The principal  will determine the acceptability and validity of excuses presented by the parent(s) or the student.

**Excused and Unexcused Absences**
The definition of "excused absence" includes the following:

- Personal illness;
- Health related treatment, examinations, or recuperation
- Serious illness or death of a member of the family (principal may require a doctor's report);
- Obligatory religious observances;
- Required court appearance;
- College visits when scheduled with a counselor;
- Participation in a district-approved or school sponsored activity or course;
- Absences prearranged by parents and approved by the principal or designee; and
- Students of active duty military personnel may have addition excused absences at the discretion of the principal for visitations relative to leave or deployment.

All absences which do not fit into one of the above categories would be considered an unexcused absence. A student serving a period of suspension or expulsion from the district shall not be inexcusably absent.

**Significant Part of the Day**
If a student misses two or more hours of the school day, this shall be considered a significant part of the day. Significant part of the school day, for the purpose of truancy, is defined in procedures.

**Make Up Work**
It is the student's responsibility to obtain make up assignments from teachers following an excused and unexcused absences.

**Truancy** *(Board Policy AEB, IDCE, JBD, and JQ)*
Unless reporting would violate the terms of any memorandum of understanding between the district and the authority to which reports would be made, the building principal shall report students who are inexcusably absent from school to the appropriate authority.

Truancy is defined as any three (3) consecutive unexcused absences, any five (5) unexcused absences in a semester or seven (7) unexcused absences in a school year, whichever comes first. School year is defined as the period from July 1 to June 30. Students who are absent without a valid excuse for a significant part of any school day shall be considered truant.

Prior to reporting to either the Kansas Department for Children and Families (DCF) (if the student is under 13) or the county or district attorney (if the student is 13 or more years of age but less than 18 years of age), a letter shall be sent to the student's parent(s) or guardian notifying them that the student's failure to attend school without a valid excuse shall result in the student being reported truant.

**Wavier of Compulsory Attendance Requirements**
Students 16 or 17 years of age may be exempt from compulsory attendance regulations if the parent(s) or person acting as parent attend(s) the counseling session required by law and signs the appropriate consent and waiver form; if the student earns a General Education Diploma (GED); or if the student is exempt from compulsory attendance requirements pursuant to a court order.

**Involvement of Law Enforcement**
Law enforcement officers may return truant student to the school where the student is enrolled, to the student's parent or guardian or to another location designated by the board to address truancy issues.

**Reporting to Parents**
If a truant student is returned to school by a law enforcement official, the principal shall notify the parent or guardian.

**Tardies**
Each building has a set starting and ending time for each school day. Tardies impact student behavior, transitions, and loss of instructional time.

## FOOD SERVICES

**Early Childhood Meal Participation Requirement**
Meals in the Early Childhood Program are served family style within the classroom environment and are an integral part of the classroom learning experience as well as a requirement of funding streams. For this reason, **all** students are required to participate in the school meal program, unless there are unique dietary needs documented by a physician that prohibit this process.

**Breakfast**
Breakfast is served daily.  The cost of a student breakfast is $.30 for reduced and $1.90 for full price.  An adult breakfast is $2.35.  Students may pay daily however; we encourage families to deposit money in the student's account. Students will eat the school breakfast if they come through the line. They cannot bring an outside breakfast to eat.

**The breakfast program is scheduled at each school, prior to school starting.**

If you would like to eat breakfast with your student please notify the office one (1) day in advance.

**School Lunch**
A hot lunch is available each day for any students that want to participate in the lunch program or students may bring a sack lunch from home.
Elementary:       Reduced: $.40  Full Price: $2.75
Middle School:   Reduced: $.40  Full Price: $2.85
High School:       Reduced: $.40  Full Price: $2.90

Adult Price: Lunch: $3.90

When you enroll your student, a meal account number is assigned to him/her.  The assigned account number remains the same until your student leaves USD 475.  When your student goes through the lunch line he/she is responsible for entering the assigned number using a key pad and the meal amount is deducted from the account.

While money may be brought in daily for meals, it is best to maintain a surplus balance in your student's lunch account by depositing money on a consistent basis.

If you are combining money to be deposited into more than one account, please send a note or use the "Memo" section on your personal check.  Please put all money in a sealed envelope.  The student's name and the purpose for the money should be marked clearly on the outside of the envelope. When a student's meal account is getting low, the system will print a notice that will be sent home with your student.

If you or another family member will be eating lunch with your student, please call by 8:15 a.m. on the day you are coming.  We must preorder meals and need correct count.

**Food Allergies/Intolerance**
The USD 475 Dietary Department and school nurses collaborate to avoid accidental exposure to or consumption of food products that students are allergic to or intolerant of.  When enrolling your student(s), parents need to obtain a **Meal Modification** form from the school nurse to address allergy concerns. The form needs to be filled out, signed by your student's health care provider, and returned to the nurse. Once the completed form has been returned, a copy is faxed to central kitchen and the original document will remain in the student's health file. The nurse will create an Individual Health Care Plan, if indicated, and communicate necessary information to teachers and support staff.

In the event that the school is unable to modify a student's meal (e.g., lactose and/or multiple allergies), then it will be the responsibility of the parent/guardian to provide all or part of a meal. If the health care provider makes any changes to the original Meal Modification form a written note or updated Meal Modification form must be turned in to the school nurse.  This note will be kept in the student's health file and faxed to the Central Kitchen.

## SAFE ROUTES TO SCHOOL  *(Board Policy EH)*

**Roles of Districts, Schools, Parents/Guardians, and Students**
The roles of the District, families, and students regarding travel to and from school are outlined as follows:

**District/Schools**
The role of District and individual schools is to encourage safe travel to and from school, and to encourage active transportation. Notwithstanding certain exceptions, the District and individual schools assume no liability for injuries or other damages, including property damage, which may occur while a student is in transit to and from school.

**Parents and Guardians**
The role of parents and guardians is to make informed decisions about which mode of transportation best suits their student considering (i) the student's personality, age, maturity, physical and cognitive development, and decision-making abilities, and (ii) the street, traffic, crime, and other relevant conditions likely to be encountered by the student when traveling to and from school. Parents and guardians are legally responsible and are accountable for their student's safety and well-being when the student is traveling to and from school.

**Students**
The role of students is to be safe and responsible while traveling to and from school, following state and local law and the rules established by their families, and obeying school rules while traveling on the school

campus. Students should act as good role models for their peers by observing traffic and safety rules, caring for property, and being courteous to others.

**Traffic Safety Education**

The District encourages individual schools **to work with law enforcement** to provide traffic safety education and trainings on active transportation skills for all students and teachers. The District recommends that pedestrian skills and safety workshops occur in kindergarten and bicycle skills and safety workshops occur in fourth grade.

**Student Arrival and Dismissal Activities**

The District recognizes that ensuring student safety is especially critical during student arrival and dismissal times due to (i) increased automobile and bus traffic volume, and (ii) the potential for conflicts between different modes of transportation, which creates particular danger for those engaging in active transportation.

Accordingly, District schools strive to improve the safety of all modes of transportation during these time periods by separating active transportation from other forms of transportation as much as possible. Potential options may include but are not limited to: establishing remote drop-off locations, car-free zones, single lanes for drop-offs and pick-ups, and early dismissal for active transporters.

Building staff are **not** available to provide supervision for students dropped off at school early or are not picked up promptly after school. Law enforcement may be contacted if parents/guardians are unable to make arrangements to care for their student(s).

**Bicycles, Scooters, Hoverboards and Skateboards on Campus**

The District, in partnership with individual schools, shall designate active transportation routes to and from school grounds that provide for convenient travel to exterior access points (i.e. crosswalks, bike lanes, etc.). Although the District cannot guarantee that all such routes will be completely safe at all times, the district shall consider relevant factors, such as traffic patterns and dismissal times, to designate routes that are most likely to be safe.

**School Design**

The District acknowledges that school design can have a significant impact on both the safety and number of students that engage in active transportation to and from school. Accordingly, when constructing a new school or renovating an existing school, the District shall:

- Accommodate the safety and convenience of students, staff, and visitors, including those with disabilities, in arriving and departing by different modes of transportation, including but not limited to walking, bicycling, public transportation, school buses, and private automobiles; and
- Minimize conflicts between those engaging in active transportation, school buses, and private automobiles by providing, at a minimum, safe crossings of parking lots and other areas of potential conflict

**School Travel Plan-Moving Beyond the Bus**

School Travel Plans shall contain a map identifying the school, streets surrounding the school, existing traffic controls, established pedestrian and bicycle routes, pedestrian crossings, school and municipal bus routes and bus stops, and any other infrastructure or plans that facilitate routes which separate active commuters from motor vehicles, with the goal of minimizing risk of injury and maximizing the safety and

convenience of active transportation.

## TRANSPORTATION
**Parent-Student Bus/Van Transportation Guidelines**

**Busing**
The District acknowledges that busing may play a significant role in supporting student learning and meeting the District's educational and equity objectives.

**Proper Bus Riding Conduct**
By state law, the driver is in charge of the bus/van.  Disobedience of the driver's instructions or willful breaking of rules, which endangers the safety of other riders, may be cause for temporary or permanent suspension of bus riding privileges.  Time spent on the bus is considered a part of the school day, and all of the rules of conduct that apply in the classroom also apply to the school bus.

- Students are expected to follow any and all directions given by the bus driver
- Students are to remain in their assigned seat until the bus reaches a complete stop
- Students must face forward in their assigned seat at all times
- Assigned seats may change when necessary
- Students may talk in a normal voice volume to seat mates
- Loud, disruptive comments, sounds or profanity may distract the driver and lead to disciplinary action
- Complete silence is required when the bus stops for a railroad crossing or when the driver must use the two-way radio
- Decreased noise levels may be required during inclement weather
- Students shall not extend any part of their body out of the bus windows
- Windows are to be open/closed with the permission of the driver
- Horseplay, fighting, bullying, teasing, will **not** be tolerated
- Students are to refrain from using profanity, obscene, harassing, or disrespectful language or gestures
- Bus riders are expected to follow the Bully Free policy adopted by the District

**Failure to follow any of the above expectations may result in suspension or removal of bus riding privileges.**  Buses are equipped with video cameras to assist school officials monitor safe and appropriate bus behaviors.

**Consequences for Inappropriate Behavior**
**Minor bus infractions:**
- Leaning into the aisles
- Turning Around in the seat
- Consuming food, drink, or gum
- Excessive talking, being loud
- Littering on the bus

**Major bus infractions:**
- Obscene comments, gestures or behavior

6

- Disrespectful comments
- Insubordination, refusal to comply with directives
- Vandalism
- Fighting, battery, assault
- Possession of tobacco, drugs, alcohol and/or weapons

Students may be suspended for one (1) day up to 60 days, depending upon the frequency and/or severity of the offense(s).  Building administrators will assess the consequences and may consider the frequency in between infractions.

**Allowable Items on the Bus**
Class treats or lunches may be carried on the bus if they are packaged and remain closed while on the bus.

**Musical Instruments**
The following musical instruments must be positioned in such a way that they do not block/obstruct in any way, the aisle, stairwell, or emergency window exits.  Instruments are to be carried in the seat with the student.

The list of musical instruments **will be allowed** on route buses:
- Trumpet
- Violin
- Flute
- Oboe
- Clarinet
- Alto saxophone
- Viola

**Unacceptable Items on the Bus**
- Students will not be allowed to eat or drink on the bus, which includes candy and gum
- Students are required to remove headgear before boarding the bus, which includes hats, hoodies, sun glasses, and other types of headgear.  This requirement may be waived by the bus driver during winter weather
- Students must have permission from the bus driver before using any personal listening device; however, students must be able to hear the driver's instructions in case of an emergency
- Students are not allowed to use cell phones on the bus
- Emergency phone usage will be authorized ahead of time by the bus driver
- No pets or animals are permitted on a bus
- No firearms or weapons as defined in USD #475 Board Policy JCDBB

**Vandalism on the Bus/Vehicle**
Students must refrain from damaging the bus, seat, or seatbacks.  This includes poking holes, tearing or defacing the seats or seatbacks in any way.

An investigation will be conducted to determine who committed the act of vandalism.  Parents are responsible for any damages to the bus caused by their children.  Failure of the parent to pay for the

damage may result in the loss of bus riding privileges for their children.  Law Enforcement may be contacted for appropriate follow up regarding defacement/vandalism or damaging of property.

**Loading & Unloading**
- Students will be loaded or unloaded at designated stops
- Students will be on time.
- For buses to remain on schedule, students should arrive at the bus stop at least five (5) minutes prior to scheduled departure time
- Drivers will not sound the horn to signal arrival
- Parents are responsible for students at the bus stop prior to the bus arrival and upon exiting the bus at the bus stop
- If a parent needs to speak with a bus driver, the parent shall walk over to the bus driver's window
- Parents are **not allowed** to board the bus to speak to the bus driver or a student
- Students are to stay off of the road at least 6-10 feet while waiting for the bus
- Students are to remain seated until the bus comes to a complete stop
- Students should never attempt to board or exit the bus until it has come to a complete stop
- If it is necessary to cross the road when leaving the bus, it must be done in front of the bus and at least ten feet from the front bumper
- Never cross behind a bus
- Students should not push/shove others when boarding or exiting a bus
- Students shall stay out of the driver's seat and shall not touch/tamper with the equipment

**Missed Bus**
If a student misses the bus to school, parent should contact Junction City Transportation, (785)-762-2219, or B&B Busing, (785)-238-8555 within five (5) minutes of the scheduled departure time.  The bus may be able to return to pick up the student.  If a student misses the bus home, they should immediately tell a teacher or contact the school office.  Please reinforce these procedures with your student.

**Health Concerns**
Serious health conditions for students riding buses must be stated on the Student Transportation form **(USD Form ET1 or ET1a).**  This form is available from the building secretary or on the district website, under the Transportation section.

Serious health conditions include asthma, diabetes, serious allergies, including bee/wasp stings, and any other conditions that might require special assistance on a bus.  Bus drivers use this information to help keep students safe on the bus.  The **Student Transportation Form** needs to be updated if a student's health needs change during the school year.

Students in grades 6-12 who have a prescribed asthma inhaler or Epi-pen are highly encouraged to carry their rescue/emergency medication with them.  This is to assure that medication will be available if needed. Parents are to visit with the school nurse and the student's doctor regarding student needs and appropriate follow up.   A school permission form is required to be signed by the student's physician.   The Medication Administration form is available from the school nurse.

**Transportation for Special Education Students**
Transportation is available and provided, as a needed related service, to all special education students assigned to district-level specialized programs who live outside the boundaries of the school at which the program is held. Identified students receiving special education services that are to attend an elementary school and live within the boundaries of that school, will be provided transportation only as determined only as determined by the staffing committee and stated on the student's Individual Education Plan (IEP).

Special education students attending a secondary school (middle school or high school) that live within the boundaries of that school, will be provided transportation only if has been determined by the staffing committee and stated on the student's Individual Education Plan (IEP).

Students determined to need this related service (transportation) will be picked up and returned as near as possible to the front door of the home, within reason.

Bus drivers have absolute orders to not allow special education students who have been determined unable to function independently off of the route buses until they are certain that a parent/authorized responsible adult is at home to receive the student.  In some cases, with a prior written request from the parent/guardian to the school principal and approval from the Executive Director of Special Education, a student may qualify for an exemption from this requirement.

**Modified Plans for Student Drop Off**
**No student** should be released at the school or between the school and the student's home to any person who is not known to be the student's legal guardian, unless the legal guardian specifically instructs school personnel in writing **or** the contracted busing service personnel in writing or through a verified phone call, of the circumstances whereby the student may be released.  In the event of a phone call situation, the guardian must contact school personnel the next business day to update the ET1a bus form.

In the event a parent/guardian or authorized responsible adult is **not** at home to receive the student after school, bus drivers are instructed to deliver the student directly to the Junction City Police Department if the student lives in Junction City, Grandview Police Department if the student lives in Grandview or to the designated Post Representative if the student lives in Fort Riley. Representatives of those agencies will then continue to try and contact the student's parent/guardian.

Whenever possible and as deemed necessary, school bus aides will be employed and assigned to buses providing transportation for exceptional students.  The school bus aide will assist the driver in the enforcement of the bus rules and regulations.

**Routing**
Bus routes are laid out with primary regard for safety, efficiency and economy.  Buses will be routed as close to homes as possible, but other considerations may make it necessary to have students walk a short distance.  State regulations allow students a maximum walk of up to one mile to a bus stop.  We do our best to keep the distance less than one fourth of a mile.

If a private drive is over one fourth of a mile in length, the bus will pull in, provided there is an all-weather road surface, in the bus driver's opinion adequate room to turn the bus around, and no overhanging tree branches.

Those families living at the end of a route or off the route an unusual distance should notify the radio dispatcher of the appropriate bus contractor when their students do not plan to ride the bus:

**Junction City Transportation** at 785-762-2219
**B&B Busing** at 785-238-8555

Families living on roads, which on occasion may become impassable, should provide the driver with written instructions concerning where or how their students will meet the A.M. bus and where they should be dropped off on the P.M. bus.

**Inclement Weather & Transportation**
In the event of inclement weather, District personnel will provide information concerning street/weather conditions to the Superintendent who will make a decision concerning school openings. Whenever conditions exist which would make closing of school possible, tune your radio to station, KJCK-AM 1420, KJCK-FM 94.5, KQLA 103.5 or Sunny 102.5, messages via websites, text alerts and/or emails.

**School Bus Evacuation Drills**
Two emergency evacuation drills per year are required.  The driver may request more if deemed advisable. These drills are held as another safety factor should an occasion arise which would require such an action. The bus driver is responsible for designating student leaders and helpers and for directing the evacuation procedure.  The purpose of the exercise is not to see how fast the drill can be done; the purpose is to help the student understand the right way to evacuate the bus in case of an emergency.

**Transportation Numbers**
JC Transportation Company  785-762-2219
B&B Busing  785-238-8555
USD 475 Transportation Office  785-717- 4052

## HEALTH SERVICES

The purpose of the USD 475 Geary County Schools Student Health Services program is to collaborate with parents and teachers regarding the health of students.  A Registered Nurse (RN)/Licensed Practical Nurse (LPN) is assigned to each school building that represents Student Health Services and is under the direction of the building Principal, School Nurse Coordinator and the Director of Human Resources.

**Health Conditions**
The confidential **Student Health Form** is to be completed by the parent/guardian at enrollment is should be updated annually.  Parent/guardians should notify the school nurse and teacher of any health concern that could require emergency services, interfere with the student's education, or require adaptations/interventions throughout the school day.

**Individual Health Care Plans**
Individual Health Care Plans (IHP) are made and initiated per the school nurse's discretion for student with specific health care needs due to a medical diagnosis.  The IHP will be shared with administrators, related school personnel and parents as deemed necessary by the school nurse.

**Immunizations** *(Board Policy JGCB)*
- Parent/Guardians are required to bring a completed physical, immunization record or proof of exemption at the time of enrollment and obtain additional immunizations as required by state law. Students that fail to provide this documentation required by law may be excluded from school by the superintendent until statutory requirements are satisfied
- Parent/Guardians will receive notification of exclusion as per law
- Students who are not immunized against a particular disease(s) may be excluded from school during any outbreak

**Immunizations-Medical Exemption**
A student shall be exempt from the state required immunization requirements upon certification by a licensed physician that states that the immunization requirement would seriously endanger the student's health or life or that the student has documentation of laboratory evident of immunity to the disease.  A **Medical Exemption form** that is signed by a physician, must be on file with the immunization health record on an annual basis if the exemption is warranted.

**Immunizations-Religious Exemption**
A student shall be exempt from immunization requirements if a parent/guardian objects on the basis that the immunization violates his/her religious beliefs.  A written statement by the parent stating their religious preference to not immunize will be kept in the student's health file.  The religious immunization statement/card does not need to be renewed on annual basis.

**Exclusions**
The Kansas State Department of Health guidelines are used in determining the length of time a student should be absent for specific vaccine preventable diseases.  In compliance with state laws, unimmunized students may be excluded from school during a disease outbreak.  Students that fail to have required documentation will be excluded from school until statutory requirements are satisfied.  (*Board Policy JGCB*)

**Physical Examinations**
A physical examination is required for any new student enrolling under the age of eight (8) years old.  A parent/guardian must comply within 90 days of enrollment.

**Illness & Injury**
A student should not attend school and will be sent home with any of the following conditions:
- A temperature of 100.0 degrees or greater, or with incidents of witnessed vomiting and/or diarrhea
- Symptoms related to possible communicable diseases such as skin rashes, swollen glands, etc.
- Excessive drainage from eyes (i.e. pink eye), ears, persistent earache, constant cough, or painful sore throat accompanied by enlarged lymph nodes
- Any other communicable disease not listed per nurse's discretion
- Students with or having the potential to transmit an acute infectious disease or parasite

11

**Returning to School**
A student may return to school when symptom free for 24 hours **without** any fever reducing medications or other medications to relieve symptoms.  A student is welcomed to return once the reason for the exclusion is no longer present.  Any questions regarding when to return to school should be discussed with the school nurse.  Students that are returning after an injury, long term illness or surgery should bring a physician release that states that the student can return to school, along with a statement of any modifications or adaptations that will need to be made for the student.

**Parent Notifications**
Parent/Guardians or listed emergency contacts will be notified for students who become **seriously** ill or injured during the school day.  Parents will not be notified for every office visit, but at the school nurse's discretion. If warranted, the school nurse will fill out an Injury Assessment form for the student to take home.  For a head injury, a phone notification will be made if there is a mark on your student or possible further intervention could be warranted.  Parent/Guardians will need to keep emergency contact information up to date and notify the office of any changes of contacts or phone numbers.

**Emergency Accident/Illness Notification**
The Parent/Guardian will always be the first contact.  In case a Parent/Guardian is unable to be reached, other individuals listed as emergency contacts will be contacted.  If no one can be reached, an ambulance will be contacted, and the student will be transported to the nearest hospital/ emergency room.  A member of staff will  accompany the student.  Additional staff will continue to attempt to reach the student's Parent/Guardian.  Parent/Guardian(s) are held responsible for any costs involved in seeking emergency care.

**Non-Emergency Notification**
If the student does not require immediate medical assistance and the parent/guardian or emergency contact has not responded to any calls after 30 minutes, the building administrator will be informed.  If there is still no contact made by the parent/guardian or emergency contact after an hour, then the school nurse and building administrator may make the decision to contact local law enforcement or Military Police (for active duty parents only) to do a welfare check.  If law enforcement or Military Police are unable to get in contact with the parent/guardian, a report may be made to DCF to report a child in need of care.  Parents/guardians are expected to pick up their child as soon as possible, within the hour as schools are not equipped to provide medical care in an isolated setting for the remainder of the day.

**Medication Administration**
If a student is required to take medication during school hours, the school nurse will determine the safest, most effective administration of that medication.  The parent/guardian is responsible for providing medication, completing a **Medication Administration Permission Form** and making arrangement for the medication to be delivered and picked up from school.  Elementary students are not allowed to transport controlled medications to and from school.  The school district will not knowingly administer any medication without instruction from a licensed healthcare professional.

**Exception for Potentially Harmful Administration**
District personnel shall not knowingly administer medication that exceeds the recommended dosage as indicated by the Physician's Desk Reference (PDR) or other recognized medical or pharmaceutical text,

unless such is required by a valid prescription presented to district personnel, who shall have the right to contact the health care provider issuing the prescription to confirm it accuracy.

**Over the Counter Medication**
Over the counter medications may be administered in school according to the following guidelines:
- All over the counter medications must be brought to school in the original container
- Elementary students must have a **Medication Administration Guidelines Form** signed by a parent/guardian along with an accompanied by a licensed medical provider's order that details what medication is to be given, dosage (how much), and how often before the medication will be administered via a prescription or pharmacy label
- Secondary students must have a completed **Medication Administration Guidelines Form** signed only by the parent/guardian
- Only the instructions listed on the original medication container will be followed unless a physician requests in writing a different set of instruction for administering the medication
- No expired medications will be administered
- The school district does not provide any medication for students, including antacids, ibuprofen, Tylenol, cough drops or decongestants

**Prescription Medication**
- All medications must be in the original container and must be in the current prescription with the proper label.
- Prescription labels must include the name of the student, name of the medication, date, dosage and administration instructions
- The Parent/Guardian must provide a completed **Medication Administration Permission Form**
- High school and middle school students may self-carry epi-pens and/or inhalers as indicated by a licensed medical provider.  All needed paperwork must be completed and on file for the student
- Diabetic students are allowed to self-carry medication and supplies on their person on a student by student basis.  This will be decided upon by the parents, school nurse and administration

**CBD Based Products**
Students that are found in possession of an oil, capsule, food item or lotion that contains cannabidiol (CBD), or marijuana extract that may or may not contain the high inducing ingredient tetrahydrocannabinol (THC), could be in violation of the Kansas law which defines marijuana as a Schedule I Controlled Substance (K.S.65-4105), which could be in violation of the Drug Free School Policy, Board Policy JDDA. Except for a medical prescription, no student should have any CBD related products on campus.

**Screenings**
Parents are encouraged to seek the advice of a licensed physician if you have concerns about your student's vision or hearing.

**Vision Screenings**
Vision screenings are provided to students in Early Childhood, kindergarten, first, second, third, fifth, seventh, ninth, and eleventh grades as well as all new students to USD 475, students receiving special services, and for any student referred by a teacher/parent.  Male, kindergarten students will be tested for color deficiency.

Vision Screenings are completed using a Spot Vision Screener.  If the Spot Vision Screener is unavailable, a vision acuity test for both near and far vision will be completed with a Titmus machine or  a standard wall chart and near vision chart. A referral letter will be sent home to the parent/guardians of all students who have results outside of normal limits.

If a parent/guardian does not want their student to participate in a vision screening, they may notify the school nurse at their student's school.

**Hearing Screenings**
Hearing screenings are provided for students in Early Childhood, kindergarten, first, second, third, sixth, ninth, eleventh grades, all students new to the district, students receiving special services, and for any student referred by a teacher or parent/guardian.

Audio sweep hearing screenings are performed at 20dB.  In the event that a student cannot do the tone testing, then other devices like the OAE and Pilot will be used.  If a student fails to respond to one or more frequencies in either ear, an RN or a Audiometric Technician will conduct a rescreening and otoscopic exam after two weeks have passed.  If the rescreening is failed, if a referral is needed, a referral form will be sent home to the parent/guardian.

If a parent/guardian does not want their student to participate in a hearing screening they may notify the school nurse at their student's school.

**Height & Weight Screenings**
Height and weights screenings are provided for students in Early Childhood, kindergarten, first, second, third, fourth, and fifth grades, all students new to the district.

If a parent/guardian does not want their student to participate in a height/weight screening, they may notify the school nurse at their student's school.

**Head Lice/Pediculosis**
The following guidelines are followed regarding head lice:
- Screenings are conducted on an as-needed basis when a case is reported to the school nurse
- Should multiple cases be reported, the school nurse will identify the population of students most likely to have been exposed and arrange to have that population of students examined, including, but not limited to siblings of the student
- If the school nurse identifies a student with an active case of lice (live lice, not just nits) the parent/guardian will be notified, and the student may be excluded from school only to the minimum extent necessary for treatment
- With parental consent, the nurse can offer to comb the student's hair with the RobiComb.  This is an elective lice comb that uses MicroCharge technology to zap lice on contact with a safe electric pulse that kills lice but does not hurt the student.  If the nurse can satisfactorily control the live lice, the still will be able to remain in school and be treated upon returning home
- After appropriate/proper treatment with a pediculicide (lice killing) shampoo, the student may return to school.   Health room staff can aid parents in dealing with head lice treatment and prevention

14

**Bedbugs**
If a suspected bed bug has been found in a school building or on a student, the bug will be collected in a sealed container and taken to the nurse's office.  The school contracted pesticide service will be notified by the school nurse and/building administrator to identify the bug in question.  If the bug is a confirmed bed bug was found on a student, the school nurse or building administrator should contact the student's parent/guardian to inform them of a bed bug presence on their student.  The school nurse/building administrator will notify the affected students.

Students should not be excluded from school.  Depending upon the severity of the infestation at home, students may be asked to have extra clean clothes to change into upon arrival at school.  Items that can be placed into a clothes dryer will be dried at the highest temperature for 15-20 minutes.  If an item cannot be placed into the dryer, then the student will be given a plastic container or bag to place the items in while they are in school.  If parents do not want their student changing at school, they must try to send the student in freshly washed clothes that have been sealed in a plastic bag.

Schools will not be closed due to a bed bug presence.  If pest management is necessary, it will be targeted to certain areas of the school.  Ongoing pest management that includes the use of pesticides indoors should be overseen by the school principal or designee and must conform to the school's integrated pest management plan.

With parental consent, the local health department can be contracted to aid the family by providing the most accurate treatment for bedbugs.  Once the local health department has determined it is safe, then the drying and bagging of the student's clothing will be stopped.

**Extra Clothing**
It is recommended that all students keep an extra change of clothing at school in case of incontinence, spills, or other mishaps. Schools are not equipped with extra clothing to address such needs during the school day.  If your student does not have extra clothing on hand, the school nurse will contact the parent/guardian for a change of clothing.  Students appreciate a prompt response due to accidents as spare clothing may not be available.

**Recess/Outside Restrictions**
Students who cannot go outside to play or have physical limitations (whether it is a short- or long-term restriction) requires a note from a physician, updated on an annual basis.  The School Nurse can authorize a one-day verbal or hand written restriction from the parent.

**USD 475 School Nurses**
USD 475 School Nurses strive to provide optimal care under the most current guidelines.
Parents/Guardians are encouraged to contact your student's school nurse if you have questions or need additional information.

**Water Consumption**
Students are encouraged to drink water during the course of the school day as a healthy life habit.
Buildings are being equipped with water filling stations so that students may use clear/translucent refillable water bottles in classrooms and schools as appropriate and outlined in building procedures.

**Suicide Support**

USD 475 is committed to providing social-emotional response and support to all students and staff.  This plan includes suicide awareness and education prevention requirements set forth in SB 323, the Jason Flatt Suicide Awareness Act.

This plan will guide and assist teachers and staff members of the school district to respond in an organized and effective manner when crises or emergencies occur.

This plan is to be augmented with emergency procedures, rosters, and supplemental material developed at each school site within the district, which are to be tailored to meet the particular needs and requirements of that school.

At the beginning of every school year, each staff member is required to complete a minimum of one hour of suicide prevention training.  Students receive instruction and guidance for learning skills in problem solving, conflict resolution and handling problems in a non-violent way. Counselors and Social Workers are present in all buildings to support students and staff.

Additional information and links are located on the USD 475 website under the tab, Parent Resources.

## SAFETY & SECURITY PROCEDURES

**Building Access**

At USD 475, we recognize that the control of visitors coming and going from our buildings is vital for protecting our students, staff, and visitors.  The following systems, principles, and procedures will be followed at our schools:

- During the school day and after hours, all visitors and students will be directed to an entrance that is staffed or monitored, usually by a video-intercom device near the entrance door
- Before visitors are admitted, they will be asked why they require access and it will be determined if they have a valid reason
- Staff members will only admit individuals who have a business or educational need to enter the building
- When asked by school personnel, visitors should be prepared to present a valid picture identification card such as a current driving license so that verification can be made
- Staff should ask for identification from individuals that are not known to them
- Before exiting the office/check-in area to enter the main building, each visitor will sign in on the log provided by the school and wear the visitor badge provided so it is visible to staff
- Before leaving the building, visitors will sign out using the same log and turn in their visitor ID
- Staff and students will be instructed to **never open an exterior door for anyone**, and that all visitors, students, and staff should use appropriate entrances and proper procedures

**Classroom Visitations**

Parents are welcome to visit school, but all classroom visits must be **prearranged** with the building principal and kept to 20-30 minutes to prevent disruption of the instructional program. We welcome volunteers. Please talk to your student's teacher about helping in the classroom or school.

Staff and students should be reminded monthly of this practice.  ALL VISITORS MUST REPORT TO THE OFFICE UPON ARRIVAL.

**Classroom Treats**
To protect the health and safety of our children, students are encouraged to bring pre-packaged treats to school to share with classmates in recognition of birthdays and other celebrations. In order to address any known allergy concerns, a label listing ingredients should be affixed to the package.  Due to allergies and other food intolerances, please consult with your classroom teacher before **any** treats are brought to school.

**Emergency Drills** *(Board Policy EBBE)*
Building Principals shall be responsible for scheduling and conducting emergency drills as required by law and for ensuring students are instructed in the procedures to follow during the emergency drill and in an actual emergency.  These drills will be scheduled throughout the course of the school year.

The Department of Safety and Security will assist building principals in this process and will provide guidance and support whenever possible.

**School Safety Spotlight Weeks**
The Department of Safety and Security administers the School Spotlight Week program at all District schools.  Each building has one week during each school year where district staff and local emergency responders organize and administer the following drills:
- ALICE Violent Intruder Drill,
- Secure in Place Drill
- Fire Drills
- Severe Weather Drill

The goal of all of the safety drills are for learning and creating an environment in which staff and students can practice and learn from the process in a non-threatening environment.

**School Resource Officers (SROs)**
School Resource Officers (SROs) are present or available in all of our in town USD 475 Geary County Schools. Our School Resource Officers are a sworn law enforcement officer with the Junction City Police Department.  The purpose of SRO programs include supporting safe learning environments, while providing valuable resources to students, staff, and families. SROs may be requested to assist in controlling disturbance at school and if necessary, to take students or other persons into custody.

**Interrogation and Investigations** *(Board Policy JCAC)*
Building Administrators, School Security Officers, and/or others designated by the Superintendent may conduct investigations and question students about violation of school rules, the student conduct code, and/or law. Unless otherwise provided herein, such investigators shall not be required to contact the student's parent, guardian, or representative prior to questioning and may request law enforcement, School Resource Officer(s), and/or School Security Officer(s) for assistance in conducting the investigations.

If there is reason to believe a violation of a criminal law has been committed, the Building Administrator, the Superintendent's designee, and/or School Security Officer with authorization of the superintendent or the

17

superintendent's designee shall notify the appropriate law enforcement agency of criminal conduct as provided in law and/or board policy and may request further investigation of the alleged violation. When a school resource officer/campus police initiates an investigation of a potential violation of criminal law by a student on the officer's own initiative and not at the behest of a Building Administrator or the designee of the Superintendent, such officer will notify the Building Administrator and will make a reasonable attempt to contact the student's parent, guardian, or representative to initiating questioning.

**Coordination with Law Enforcement**
School Administrators and/or School Security Officers shall/may meet periodically with local law enforcement officials to discuss the district's policies and rules regarding law enforcement contacts with the district.

**Notification of Investigations Conducted by Law Enforcement Officers**
When Law Enforcement Officers initiate an investigation involving questioning of a student on a topic unrelated to a report of child abuse or neglect or to the identity of the student during school hours the building administrator shall make a reasonable attempt to contact a parent, guardian , or representative of the student(s) prior to such questioning. Notification or attempted notification of a parent, guardian, or representative shall be documented by the administrator involved. If a student's parent, guardian, or representative is not present during such questioning of a student, the principal may be present unless otherwise specified in law or board policy.

**Child Abuse and Identity Investigations Conducted by Law Enforcement Officers**
The Administration shall cooperate with Law Enforcement Officers who are conducting investigations of suspected child abuse or neglect or concerning the student's identity. For any investigations concerning known or suspected child abuse or neglect, school staff shall follow the procedures outlined in board policy GAAD instead of the requirements of this policy.

**Law Enforcement Initiated Investigations at School**
In cases not involving the investigation of known or suspected child abuse or neglect or involving the student's identity, Law Enforcement Officers shall not be permitted to initiate and conduct investigations involving the questioning of students during school hours unless the student's parent or guardian has given the school permission to allow the questioning, a valid warrant has been presented to the building administrator for such purpose, or in demonstrated emergency situations.  If a demonstrated emergency is found, the building administrator shall require identification of law enforcement officials and reasons for the interrogation or investigation of a student.  If the Building Administrator is not satisfied with either the identification or the reason, the request shall not be granted. The building administrator shall attempt to notify the Superintendent and the officer's superiors of the reasons for the refusal.

**Taking Students In To Custody**
Students shall not be voluntarily released by school officials to law enforcement authorities unless the student has been placed under arrest or taken into custody by law enforcement, School Resource Officers, Campus Police Officers, or Department for Children and Families ("DCF") authorities pursuant to a child abuse investigation. Except as otherwise specified in this policy, a reasonable effort shall be made to notify the student's parent, guardian, or representative when students are removed from school for any reason.

Parents shall **not** be notified by school officials when their child is taken into custody by DCF, school resource officers, campus police officers, and/or law enforcement as a result of allegations of abuse or neglect. Except as provided above and/or as specified in a court order or arrest warrant, if a student is taken into custody by a law enforcement officer, school resource officer, or campus police officer, building administrators shall make a good -faith effort to contact the student's parent or guardian. Notification efforts shall be documented.

When a student has been taken into custody or arrested on school premises without prior notification to the building administrator, the school staff present shall ask the law enforcement officer to notify the building administrator of the circumstances as quickly as possible and shall themselves contact the building administrator with any information they have regarding the child being taken into custody. School resource officers and campus police officers are expected to contact the building administrator as soon as practicable after taking a student into custody.

**Disturbance of School Environment**
Law enforcement officers may be requested to assist in controlling disturbances at school and, if necessary, to take students or other persons into custody.

**Definition**
For the purposes of this policy, "Campus Police Officer" is a school security officer employed by and designated by the board to aid and supplement law enforcement agencies of the state, city, and county in which the school district is located.

For the purposes of this policy, students will not be deemed to be "taken into custody" when they are being questioned by a School Resource Officer, School Security Officer, and/or Campus Police Officer about a violation of state law, county resolutions, city ordinances, board policy or regulation, and/or school rules on property owned, occupied, or operated by the school district or at the site of a function sponsored by the school district.

**Inclement Weather**
The decision regarding school cancellation, early dismissal or delayed start times is made by the Superintendent of Schools or his designee.

When school is in session during inclement weather, the final decision whether or not a child should attend school or stay at home is the responsibility of the parent/guardian.

School announcements will be made to include all K-12 classes, Infant Toddler, Early Childhood, Adult Education, Before & After School Programs, and Parents as Teacher for all school in USD 475.

Announcements regarding school cancellations, early dismissals, delayed starting time, or changes to bus schedules will be made via text messages, website, and mobile app notifications.  Some notifications will be made via Facebook, Twitter, and other news/media outlets.
Announcements regarding **"School Cancellations"** will be made the day before when possible, but no later than 5:00 AM of the impacted day.

Announcements regarding **"Delayed Starting Times"** will be made no later than 5:00 AM. A delayed start to the school day will result in the cancellation of before-school programs by Boys & Girls Club and Early Childhood morning sessions.

Announcements regarding **"Early Dismissal"** will be made as soon as a decision is made to dismiss school.

**Early Childhood Center Additional Guidelines**
In the event of an early dismissal, the afternoon session of the Early Childhood Program will be canceled. In the event of a delayed start, classes will begin at the time designated by USD 475 on the date of the weather event.

**Cold Weather Safety Advisory**
When extreme cold temperatures and dangerous wind-chill conditions exist, students and parents are reminded:

- Students should dress warmly and cover all exposed skin surfaces

- Students should remain inside the school or home until transportation arrives

- Students should not walk long distances to or from school

- Students will **not** be allowed to enter into the building early due to supervisory concerns

- Parents are to make the final decision as to whether or not their children should attend school

**Cold Weather Recess**
Physical activity and fresh air are important for students.  Parents are encouraged to see that children have appropriate cold weather attire so that their child will be comfortable playing outside.  Students will remain inside for recess when the temperature and/or wind chill is below 20 degrees Fahrenheit.

**Animals on Campus**
Animals/pets should not be brought on school property or to school, **except** with the prior permission of the teacher and approval of the principal.

## STUDENT SERVICES & POLICIES

**Communication Chain of Command**
Parents/Guardians are encouraged to communicate questions, concerns or seek clarification as needed to best support their student.

| Area of Concern | First Level | Second Level | Third Level | Fourth Level | Fifth Level |
|---|---|---|---|---|---|
| **Athletics** | Coach | Athletic Director | Principal | Superintendent | Board of Education |
| **Athletic Facilities** | Athletic Director | Principal | Exec. Director of Business Ops | Superintendent | Board of Education |
| **Curriculum/Academic/ Instruction** | Teacher | Principal | Teaching and Learning | Superintendent | Board of Education |
| **Discipline** | Teacher | Assistant Principal | Principal | Exec. Director of Student Support | Superintendent |
| **Facilities** | Principal | Exec. Director of Business Ops. | Superintendent | Board of Education | |
| **Guidance** | Counselor | Assistant Principal | Principal | Exec. Director of Student Support | Superintendent |

**Complaints About Emergency Safety Intervention Use**
Complaints concerning the use of emergency safety interventions by district staff shall be addressed in accordance with the local dispute resolution process outlined in board policy GAAF.

**One-to-One Technology Devices**
Students in grades K-12 will be issued a device for the duration of each school year.  USD 475 Geary County Schools retains full and complete ownership of the device.  Students that receive a device will also receive a power adapter and protective case.  High School students may also check out a stylus from the media center for educational purposes at school and home.  All parents/guardians and students are required to read the USD 475 Device Agreement included in the online packet before a device will be issued and sent home with the student. If a parent opts out, the student will only use the device at school. The device is an educational tool not intended for gaming, social networking, or high-end computing, and all users will be expected to follow the district's Acceptable Use Policy, as well as all other state, federal laws, board policies and school rules.  Procedures can be found in the USD 475 One-to-One Device Handbook.

**Student Activities (***Board Policy JH***)**
The principal shall be responsible for organizing and approving all student activities.  All school-sponsored activities shall be supervised by an adult approved by the administration.

**Eligibility for Activities**
Students who participate in any school activity shall meet the following requirements:
- enrolled .5 FTE at a minimum

- all applicable KSHSAA regulations;
- academic eligibility requirements in handbooks; and
- other requirements requested by the administration and approved by the board

**Appropriate Dress for Students**
A student's personal appearance is the responsibility of the student and his/her parents/guardians but becomes the responsibility of school administration when it disrupts learning. School administration reserves the right to make decisions concerning the appropriateness of a student's attire, reserves the right to have a student remove any item deemed inappropriate for school, or to send a student home for a change of attire.

**Party Invitations & Special Deliveries**
Party invitations are only to be brought to school if they are distributed to the entire class. Parents are encouraged to not send or bring flowers, balloons or other items for birthday and holidays at school as this is disruptive to the learning environment.  Please have special deliveries sent to their home.

**Transfer Policy-Within USD 475**
USD 475 wants to provide the best education for all students.  Our faculty/staff has a commitment to children within our attendance area first.  Transfer requests will be evaluated on an individual basis. Building Administrators may consider building and class size enrollments, along with behavioral and attendance information to determine appropriate placement of the student.

Tentative approval may be given to the parent with the understanding that a student may be asked to transfer to his/her home school up until **September 20th**.  Parents are responsible for transportation to and from requested school.

**Transfer Policy-Request from Outside of USD 475**
USD 475 wants to provide the best education for all students.  Our faculty/staff has a commitment to children within our attendance area first.  Transfer requests will be evaluated on an individual basis. Transfers are subjected to approval based upon building and class size enrollments, along with behavioral and attendance records.  Parents are responsible for transportation to and from school.  Student(s) must comply with all attendance requirements.

**Student Code of Conduct** (Board Policy JCDA)
On July 2, 2020, the Unified School District 475 Board of Education adopted the following Student Code of Conduct to be implemented and facilitated in each school building within the district for the purpose of consistent responses to student misbehavior.

Parents and staff should become familiar with the document and expect reactions to be recorded in student information system.

## STUDENT CODE OF CONDUCT

| *Behavior Expectations* |
|---|
| Geary County Schools strives to create a safe and cohesive culture with students and staff as reflected in the district Mission Statement and Core Values. Through implementation of Safe and Civil Schools, a uniform tool is used to communicate the expectations of student behavior throughout the district for buildings and classrooms. The school community supports social emotional and behavioral learning through communication and education. The district discipline policy outlines developmentally appropriate consequences and endorses positive behavior management strategies that guide actions that use misbehavior as an opportunity to reinforce social emotional and behavioral concepts and skills. All schools use a leveled system of misbehavior should students demonstrate behavior that materially and substantially interferes with the educational process. In this event, the school personnel will identify the infraction and create an office referral. Associated with the office referral will be a discipline action. ***Each situation is unique, handled individually and at the discretion of the school staff after using a problem-solving matrix and taking all circumstances into consideration.*** Violations are listed below and prohibited on school grounds, school transportation, school-sponsored events as well as school events scheduled off school grounds. |

### *Mission Statement*

To prepare today's students for tomorrow's world.

USD475 strives to provide first-class education and opportunities for growth through the 13 elementary schools, 2 middle schools in Fort Riley Middle School and Junction City Middle School and the Junction City High School.

### *Core Values*

- Students First – #1 Priority! Academic and socially responsive actions will be in the best interests of the students.
- Integrity – Doing what is right despite self-interest
- Respect – Valuing the collaborative contributions of others
- Accountability – Own the problem/situation or task the take the necessary actions to improve or correct
- Positive – Optimistic in the outlook and influence
- Fiscally Responsible – Allocation of resources in alignment with the district mission

| *DISCIPLINE ACTIONS and DEFINITIONS (as per state codes)* | | |
|---|---|---|
| C | Conference | A meeting between the parents/guardians and school staff to discuss a child's progress at school and find solutions for behavioral problems. |
| RES | Restitution | A disciplinary action intended to teach the student that when they behave inappropriately it is their responsibility to repair the harm, which helps in their personal growth. |
| TR | Truancy Letter | Letter-notifying parent/guardians of Kansas State compulsory attendance laws. |
| AC | Attendance Contract | An attendance contract represents mutually agreeable goals as well as stipulations that all parties involved must follow. When it comes to school attendance, a contract helps students see that you take the issue seriously. |
| ACT | Loss of Privilege | The student may not attend and/or participate in a school day activity or extra-curricular school activities on or off campus before, during, or after school. |
| ASD | After School Detention | Detention is a consequence in which the student is required to remain in an assigned school setting for a specified amount of time outside of school hours to complete missed schoolwork and reflect on misbehavior. The goal of detention is to reduce future occurrences of the inappropriate behavior. |
| DET | Detention | Detention is a consequence in which the student is required to remain in an assigned school setting for a specified amount of time during the school hours to complete missed schoolwork and reflect on misbehavior. |
| ISS | In School Suspension | Is a suspension in which the student is required to remain in an assigned school setting during the school hours to complete schoolwork and reflect on the behavior. |

| | | |
|---|---|---|
| | | The goal of in school suspension is to reduce future occurrences of the inappropriate behavior. |
| OSS | Out of School Suspension | Is a temporary, short term suspension from school not exceeding 10 days. OSS is a complete exclusion from school, school related activities, and district property for the duration of the suspension or until the student has fulfilled all obligations associated with the suspension and /or the decision of a Hearing Officer. A student is not allowed on any school property during an out of school suspension.  A typical out-of-school suspension can be assigned for the remainder of the school day or up to ten full days.<br>• A re-entry conference will be scheduled with the building administrator or administrative designee upon the student's return to school. This conference will consist of the student, a family representative, the school counselor or social worker and administrator/ administrative designee. The intent of this meeting is to develop a student contract that identifies the behavior in need of change, acceptable replacement behavior and interventions that will be implemented to achieve behavioral success within the educational setting.<br>• This meeting will be documented, further incidents referred to MTSS team. |
| E | Expulsion | Refers to the permanent removal of a student from their regular educational setting due to a violation of serious rules or policies. By Kansas Statute, an expulsion cannot exceed 186 days. Before a student can be expelled, a hearing must be held to decide whether a student should be expelled for their conduct. The family must be presented with a copy of the procedures and information on the process. |

**DISCIPLINE DECISIONS and DEFINITIONS** (additional consequences that can arise from DISCIPLINE ACTIONS)

| | | |
|---|---|---|
| CoP | Change of Placement | Indicates a form of change of placement, this requires a team decision. All students are not eligible. Often this is a result of a Due Process Hearing. |
| LoC | Loss of Credit | A student who is either Long Term Suspended or Expelled can be withdrawn from assigned courses without credit at the directive of the District Hearing Officer. |
| LTS | Long Term Suspension | A Long-Term Suspension is the complete exclusion from school, school related activities, and district property for a period not to exceed 90 days. LTS can only be implemented at the direction of the District Hearing Officer. |
| SS | Saturday School | This is an alternative or make-up for out of school suspension.  The purpose is to make up the time missed or use it to reteach social skills that have not been learned. |
| EP | Eagles Program | An alternative placement- non-traditional at the H.D. Karns building that ensures a focus on social-emotional program while continuing in their current core programming. |
| AS | Alternative School | The alternative school is a change of placement for high school students as a result of student application or student intervention team.  It may replace long term suspension, expulsion, or credit recovery. |
| LE | Law Enforcement Notification | Law enforcement must be notified in severe crisis and when crimes or violence occurs. |
| M | Misdemeanor | A misdemeanor is a criminal offense that is less serious than a felony and more serious than an infraction. |
| F | Felony | Felonies are the most serious crimes you can commit and have long jail or prison sentences, fines, or a permanent loss of freedoms. |
| I | Infraction/Citation/Ticket | Infractions are the least serious type of crime. An infraction is the violation of a rule, ordinance, or a law. In most jurisdictions, there is no jail time associated with an infraction. |

24

### Levels of Misbehavior

**Level 1 - Minor**
Minor misbehaviors that staff can correct adequately at the time and in the environment in which they occur. We refer to these as "teachable opportunities" therefore, they are not addressed on this document

**Level 2 - Major**
Infractions may not require administrative involvement, but they do require documentation and a response.

**Level 3 - Severe**
Infractions are serious misbehaviors that require administrative response.

**Level 4 - Extreme**
Infractions are extreme misbehaviors that require administrative response.  This includes behaviors that are illegal or so extreme that the misbehaving student's continued presence in a setting poses a threat to physical safety OR to adult authority.

| INFRACTIONS | DEFINITIONS | Level 2 Major | Level 3 Severe | Level 4 Extreme |
|---|---|---|---|---|
| **Academic Misconduct/ Cheating** | Any type of cheating, plagiarism, fabrication, deception, bribery or sabotage. This includes forgery. | C, ACT, DET | ASD, ISS, SS | OSS |
| **Arson** | To unlawfully and intentionally damage or attempt to damage any school or personal property by fire or incendiary device. This includes firecrackers, fireworks, and trash can fires if those items contribute to a damaging fire.   F | | ISS, SS | OSS, LoC, LTS, E, LE |
| **Assault-Other** | Causing physical harm to an individual(s).  Assault if further defined by one of the following classifiers:  physical, sexual, kidnapping or robbery.  M/F | C, RES, ACT, DET | ASD, ISS, SS | OSS, LE, CoP, LoC, LTS, E |
| **Behavior-Other** | Type of behavior incident other than disruptive, obscene, insubordination, or failure to serve a sentence.  Requires a description. | C, RES, ACT, DET | ASD, ISS, SS | OSS, LE, CoP, LoC, LTS, E |
| **Bullying- Relational** | The systematic diminishment of a targeted student's sense of self with the goal of hurting them or sacrificing their standing within their peer groups.  This includes intentional ignoring, isolating, excluding, shunning and gossip. | C, RES, ACT, DET | ASD, ISS, SS | OSS, LE, LoC, LTS |
| **Bullying- Cyberbullying** | Bullying by use of any electronic communication device through means, including, but not limited to, email, instant messaging, apps, blogs, phones, devices, online games, and websites. | C, RES, ACT, DET | ASD, ISS, SS | OSS, LE, LoC, LTS, CoP |
| **Bullying-Physical** | Use of overt bodily acts, such as hitting, tripping, shoving, slapping, punching, kicking, damaging or destroying personal property, hazing, or biting to gain power over a peer.   M | | ASD, ISS, SS | OSS, CoP, LoC, LTS, LE |
| **Bullying-Verbal** | Use of language, such as name calling, teasing, taunting, threatening, cruel criticism, belittling, personal defamation, racist slurs, sexually suggestive/abusive remarks, extortion, to gain power over peers. | C, RES, ACT, DET | ASD, ISS, SS | OSS, CoP, LoC, LTS, LE |
| **Cumulative Tardies** | Cumulative (total) preset number of tardies accumulated by the student. | C, ACT, DET | ASD, ISS, SS | TH, CoP, LoC |
| **Disrespect** | Lack of courtesy in word, behavior, gesture or action. Not related to Insubordination, bullying-verbal, or profanity. | C, RES, ACT, DET, | ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| **Disruptive Behavior** | Behavior which substantially disrupts the orderly learning environment.  Does not involve violence, property damage, or obscenity.  M | C, RES, ACT, DET, | ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |

| | | | | |
|---|---|---|---|---|
| **Dress Code Violation** | Clothing/apparel, inclusive of hats, scarves, shoes, jackets that violates established dress code standards. | C, RES, ACT, DET | ASD, ISS, SS | OSS |
| **Drug- Paraphernalia Possession** | Having equipment (e.g. bong, pipe, etc.) for use in consuming illegal drugs in one's pocket, locker, bag, or car, etc.  M/F | C, RES, ACT, DET, ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| **Drugs-Other** | Type of drug related incident other than marijuana possession, marijuana use, marijuana solicitation/sale, illicit drug possession, illicit drug use, or drug paraphernalia.  Requires description.   M/F | C, RES, ACT, DET, ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| **Failure to Serve Sentence** | Refusal to serve or willful noncompliance with discipline actions taken as a result of a previous discipline incident, particularly related to detentions, probation or restitution. | C, ACT, DET | ASD, ISS, SS | OSS, LE |
| **Fighting** | An assault that causes physical harm to an individual.  All incidents of violence are required to be reported by law.  M/F | C, RES, ACT, DET | ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| **Harassment - Hate Related** | Repeatedly annoying or attacking a student/group of students or other personnel which creates an intimidating or hostile educational or work environment related to race, ethnicity, social status, group membership, etc.  M/F | C, RES, ACT, DET | ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| **Harassment** | Repeatedly annoying or attacking a student/group of students or personnel which creates a hostile education environment.  This can be considered continual teasing that was asked to stop. M/F | C, RES, ACT, DET | ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| **Harassment – Sexual** | Repeatedly annoying of attacking a student/group of students or other personnel which creates an intimidating or hostile educational or work environment related to unwelcome sexual advances, requests for sexual favors, other physical or verbal conduct or communication of a sexual nature, including gender based harassment.  M/F | C, RES, ACT, DET | ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| **Horseplay** | Disruptive behavior that is considered playful by all participants.  Not related to taunting or bullying. | C, RES, ACT, DET | ASD, ISS, SS | OSS |
| **Illicit Drug Use** | Smoking, snorting, injecting, ingesting, or otherwise using an illegal drug or over the counter medication in violation of school policy. | C, RES, ACT, DET, ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| **Inappropriate Use of Technology** | Use of school computer or equipment for inappropriate uses such as viewing inappropriate material, changing, school records, etc. M/F | C, ACT, DET | ASD, ISS, SS | OSS, CoP, LoC, LTS, LE |
| **Insubordination** | Unwillingness to submit to authority, refusal to respond to a reasonable request, or other situations in which a student is disobedient. | C, RES, ACT, DET | ASD, ISS, SS | OSS, LoC, LTS, E |
| **Intimidation- Threat** | Physical, verbal, written, or electronic action which immediately creates fear of harm, without displaying a weapon and without subjecting the victim to an actual physical attack.  M/F | C, RES, ACT, DET | ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |

26

| | | | | |
|---|---|---|---|---|
| **Lying** | Delivering a message that is untrue and/or deliberately violating rules. | C, RES, ACT, DET | | |
| **Marijuana Possession** | Having marijuana or another cannabinoid in one's pocket, bag, car, locker, etc.  M/F | | C, RES, ACT, DET, ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| **Obscene Behavior** | Language, actions, written correspondence that is considered offensive as it relates to language, lewdness, or to stimulate sexual behavior. M | C, RES, ACT, DET | ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| **Physical Aggression** | Behavior that can lead to physical or emotional harm of another.  This can be verbal and/physical.  It is including the damaging of physical property.  M/F | C, RES, ACT, DET | ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| **Physical Assault** | Touching or striking of another person against his/her will or intentionally causing bodily harm to an individual (battery).  M | | C, RES, ACT, DET ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| **Profanity** | The use of non-school appropriate language such as curse words, slang terms and related words in an oral, written, or gesture.  This is not inclusive of harassment or racial slurs. M | C, ACT, DET | ISS, ASD | SS, OSS, CoP, LTS, E |
| **School Threat** | Any threat (verbal, written, or electronic) by a person to bomb or use other substances or devices for the purpose of exploding, burning, causing damage to a school building/property, or to harm students or staff.   M/F | C, RES, ACT, DET | ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| **Sexual Assault** | Oral, anal, or vaginal penetration forcibly or against the person's will or where the victim is incapable of giving consent.  This includes rape, fondling, indecent liberties, child molestation, and sodomy.  M/F | | C, RES, ACT, DET ASD, ISS, SS | ACT, ISS, SS, OSS, CoP, LoC, LTS, E, LE |
| **Skipping** | Considered being absent (unexcused) in violation of state, school district, or school policy related to attendance. | C, ACT, DET, AC | ASD, ISS, SS | OSS, CoP, AC, LoC, LTS, E |
| **Tardies- Unexcused** | Considered being late/absent in violation of state, school district, or school policy related to attendance. | C, ACT, DET, AC | ASD, ISS, SS | TH, CoP, LoC |
| **Theft** | The unlawful taking of property belonging to another person without threat, violence or bodily harm.  M/F | C, RES, ACT, DET | ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| **Threat-Other** | Actions causing fear or harm without a physical attack.  Threat is further defined by one of the following classifiers: intimidation, individual bullying, hate related, sexual, school or other.  M/F | C, RES, ACT, DET | ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| **Threats of Serious Violence** | Actions (verbal/written) that cause fear or harm without a physical attack.  M/F | C, RES, ACT, DET | ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| **Tobacco/Nicotine Delivery Possession** | Having tobacco in one's pocket, bag, car, or locker, etc.  I/M | | C, RES, ACT, DET, ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |

| Tobacco/Nicotine Delivery System Other | Type of tobacco related incident other than possession, use or solicitation/sale. This also contains any nicotine delivery system: gum, vaping, cigar, cigarillo, electronic cigarette. Requires description. I/M | | C, RES, ACT, DET, ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
|---|---|---|---|---|
| Tobacco/Nicotine Use | Smoking, inhaling, chewing, or other forms of using tobacco I/M | | C, RES, ACT, DET, ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| Truancy | Violation of state, school district, and school policy relating to school attendance. | C, ACT, DET, TR, AC | ASD, SS | CoP, LoC, DE |
| Vandalism Other | Willful destruction or defacement of property.  Type of vandalism incident other than school property or personal property.  Requires description M/F | C, RES, ACT, DET | ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| Vandalism Personal Property | Willful destruction or defacement of an individual's property or property belonging to a group other than the school district.   M/F | C, RES, ACT, DET | ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| Vandalism School Property | Willful destruction or defacement of property belonging to the school district. M/F | C, RES, ACT, DET | ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |
| Verbal Conflict | An argument that is verbal in nature, potentially disruptive as a result of conflict, anger or rage.  No physical contact. M/F | C, RES, ACT, DET | ASD, ISS, SS | OSS, LE |
| Weapons Other | Type of weapon incident other weapons possession, weapon use, or weapon solicitation/sale.  Requires description of weapon.  M/F | | C, RES, ACT, DET ASD, ISS, SS | OSS, CoP, LoC, LTS, E, LE |

| *Not Typical Violations* | | | | |
|---|---|---|---|---|
| *INFRACTIONS* | *DEFINITIONS* | *Level 2 Major* | *Level 3 Severe* | *Level 4 Extreme* |
| Alcohol Possession | Having alcoholic beverages in one's pocket, bag, car, or locker. M | | C, RES, ACT, DET, ASD, ISS, SS | OSS, LTS, E, LE |
| Alcohol Sale/Solicitation | Selling or purchasing alcoholic beverages.  M | | C, RES, ACT, DET, ASD, ISS, SS | OSS, LTS, E, LE |
| Alcohol Use | Consumption or Being under the influence of alcoholic beverages.  M | | C, RES, ACT, DET, ASD, ISS, SS | OSS, LTS, E, LE |

| | | | | |
|---|---|---|---|---|
| **Alcohol-Other** | Type of alcohol related incident other than possession, use or solicitation.  Requires description.  M | | C, RES, ACT, DET, ASD, ISS, SS | OSS, LTS, E, LE |
| **Fire Alarm** | Pulling of fire alarm under false pretenses. | C, RES, ACT, DET | ASD, ISS, SS | OSS, LE |
| **Gambling** | To unlawfully bet or wager money or something else of value; assist, promote, or operate a game of chance for money or some other stake; possess or transmit wagering information; manufacture, sell, purchase possess, or transport gambling equipment, devices or goods or tamper with the outcome of a sporting event or contest to gain a gambling advantage.   M/F | | C, RES, ACT, DET ASD, ISS, SS | OSS, LTS, E, LE |
| **Gang Related Activity** | Behavior, clothing, language, symbols, "colors", gestures, comments, signs, written materials, electronic messaging or conduct that relates to ethics as determined by gang leadership | | C, ACT, DET ASD, ISS, SS | OSS, LE |
| **Illicit Drug Possession** | Having an illegal drug or over the counter medication in violation of school policy in one's pocket, bag, car, locker, etc.  M/F | | C, RES, ACT, DET, ASD, ISS, SS | OSS, LTS, E, LE |
| **Illicit Drug Sale/Solicitation** | Selling or purchasing illegal drugs or over the counter medication in violation of school policy.  F | | C, RES, ACT, DET, ASD, ISS, SS | OSS, LTS, E, LE |
| **Kidnapping** | Unlawful seizure, transportation, and or detention of a person against his/her will, or of a minor without the consent of the custodial parent/legal guardian.  This includes hostage taking.  F | | | ISS, SS, OSS, LE, LTS, E |
| **Marijuana Sale/Solicitation** | Selling or purchasing marijuana or another cannabinoid.  M/F | | C, RES, ACT, DET, ASD, ISS, SS | OSS, LTS, E, LE |
| **Murder** | The killing of a human being.  F | | | LTS, E, LE |
| **Robbery** | The taking of, or attempting to take, anything of value that is owned by another person or organization under confrontational circumstances by force or threat of force or violence and/or by putting a victim in fear.   F | | | C, RES, ACT, DET, ASD, ISS, SS, OSS, LE, LTS, E |
| **Tobacco /Nicotine Delivery Solicitation** | Selling or purchasing tobacco products, cigarettes, electronic cigarettes, pipe, vaporizers, chewing tobacco, etc.  I/M | | C, RES, ACT, DET, ASD, ISS, SS | OSS, LTS, E, LE |

| | | | C, RES, ACT, DET C, RES, ACT, DET ASD, ISS, SS | OSS, LTS, E, LE |
|---|---|---|---|---|
| **Weapons Solicitation** | Incident involved an object designed or used to inflict harm on person or property.  Weapons is further defined by one of the classifiers: possession, use, and solicitation/sale.  All incidents involving weapons are required to be reported.  M/F | | | |
| **Weapons Use** | Use of an instrument or object designed to inflict harm on other persons.  You must describe the type of weapon used: Explosive, air gun, firearm, handgun, knife, rifle, razor, ice pick, shotgun, or other devices used. M/F | | C, RES, ACT, DET ASD, ISS, SS | OSS, LTS, E, LE |

**Bullying** *(Board Policy JDDC)*
The Board of Education prohibits bullying in any form either by any student, staff member, or parent towards a student or a staff member on or while using school property, in a school vehicle, or at a school-sponsored activity or event. For the purposes of this policy, the term "bullying" shall have the meaning ascribed to it in Kansas law.

The Administration shall propose, and the board shall review and approve a plan to address bullying as prohibited herein. The plan shall include provisions for the training and education of staff members and students and shall include appropriate community involvement as approved by the board.
Students who have bullied others in violation of this policy may be subject to disciplinary action, up to and including suspension and/or expulsion. If appropriate, students who violate the bullying prohibition shall be reported to local law enforcement.

 In USD 475, we define bullying as: "A student is being bullied or victimized when he or she is exposed, **repeatedly and over time, to negative actions on the part of one or more students."**

**District-wide Parental Involvement Policy** *(Board Policy KBD)*
USD 475, Geary County Schools believes parent involvement in integral to student success and will implement the following:
- The school district will put into operation programs, activities and procedures for the involvement of parents in all of its schools
- Programs, activities and procedures, including the process of school review and improvement will be planned and operated with meaningful consultation with parents of participating children
- The District will work with its schools to ensure that the required school-level parental involvement policies include, as a component, a school-parent compact
- To the extent practicable, the district and its schools will provide full opportunities for the participation of parents with limited English proficiency, parents with disabilities, and parents of migratory children, including providing information and school reports in an understandable and uniform format and including alternative formats upon request and, to the extent practicable, in a language parents understand
- The school district will be governed by the following statutory definition of parental involvement, and expects that its schools will carry out programs, activities, and procedures in accordance with this definition:

30

Parental involvement means the participation of parents in regular, two-way, and meaningful communication involving student academic learning and other school activities, including ensuring—
(A) that parents play an integral role in assisting their child's learning;
(B) that parents are encouraged to be actively involved in their child's education at school;
(C) that parents are full partners in their child's education and are included, as appropriate, in decision-making and on advisory committees to assist in the education of their child.

---

### Kansas Parent Information Resource Center (KPIRC)
http://www.kpirc.org

The Kansas Parent Information Resource Center (KPIRC), federally funded, is the official Parent Information Technical Assistance Center for the state of Kansas.  KPIRC promotes meaningful parent involvement at all levels of education and provides information and resources to help parents, schools, districts and other organizations promote the educational success of every Kansas child.

---

### *Parents Right-To-Know*

Annual Notification to Parents of Children Attending Title I Schools

Parents may request information regarding the professional qualifications of the student's classroom teachers, including, at a minimum,

- whether the teacher has met State qualification and licensing criteria for the grade levels and subject areas in which the teacher provides instruction;
- whether the teacher is teaching under emergency or other provisional status through which State qualification or licensing criteria have been waived;
- the baccalaureate degree major of the teacher and any other graduate certification or degree held by the teacher, and the field of discipline of the certification or degree; and
- whether the child is provided services by paraprofessionals and, if so, their qualifications.

Information regarding teacher qualifications can be obtained by contacting:
Geary County USD 475 Human Resource Services
Mary E. Devin Center for Educational Support
123 N. Eisenhower
Junction City, KS 66441  (785) 717-4000

**Title I Schools**
In USD 475, we have schools that receive Title I Federal funds and are Title I schools based upon their number of students on free and reduced lunches.

**For information regarding Title I services, please contact:**
Executive Director of Student Support Services
Geary County USD 475
123 N. Eisenhower
Junction City, KS 66441
(785) 717-4000

**Section 504 Plans**
**Identification and Referral Process**
The District shall annually undertake to identify and locate every qualified child with a disability residing in the District's jurisdiction who is not receiving a public education and take appropriate steps to notify children with disabilities and their parents or guardians of the District's duties under Section 504 and Title II in the District's child find publications, including newspaper notices, letters, flyers, and brochures.

The District shall provide a free appropriate public education (FAPE) to each qualified student with a disability in the District's jurisdiction.  An appropriate education is the provision of regular or special education and related aids and services that are designed to meet individual educational needs of students with disabilities as adequately as the needs of students without disabilities are met and complies with applicable federal regulations.

The District shall educate, or shall provide for the education of, each qualified student with a disability in its jurisdiction with students without disabilities to the maximum extent appropriate to the needs of the students with a disability.  The District shall place a student with a disability in the regular educational environment unless it is demonstrated by the District that the education of the student in the regular environment with the use of supplementary aids and services cannot be achieved satisfactorily.

The District shall ensure that students with disabilities participate with students without disabilities in nonacademic and extracurricular services and activities to the maximum extent appropriate to the needs of the student with a disability.  Nonacademic and extracurricular services and activities include, but are not limited to, meals, recess periods, counseling services, physical recreational athletics, transportation, health services, recreational activities, special interest groups or clubs sponsored by the District, referrals to agencies which provide assistance to students with disabilities, and employment of students.
**Requests by Initiated Parents/District Staff**
Parental requests for Section 504 and Title II accommodations or services, including related services, may be requested verbally or submitted in writing to the Building-based Section 504 and Title II Coordinator.  Each Building Principal shall serve as the building-based Section 504 and Title II Coordinator.  The building-based Section 504 and Title II Coordinator will meet with parents or staff to complete both the Parent Notification and Consent to Determine Eligibility for Accommodations forms.

**Violence Free Schools  (**Board Policy JDD**)**
Students may be suspended or expelled for one or more of the following reasons
- Willful violation of any published, adopted student conduct regulation;
- Conduct which substantially disrupts, impedes, or interferes with school operation;
- Conduct which endangers the safety or substantially impinges on or invades the rights of others;
- Conduct which constitutes the commission of a felony;
- Conduct at a school, on school property, or at a school supervised activity which constitutes the commission of a misdemeanor;
- Disobedience of an order of a school authority if the disobedience results in disorder, disruption or interference with a school operation; and
- Possession of a weapon at school, on school property or at a school-sponsored event.

**Drug Free Schools  (***Board Policy JDDA***)**
Maintaining drug-free schools is important in establishing an appropriate learning environment for the district's students. The possession, use, sale, distribution, and/or being under the influence of illicit drugs, controlled substances, and/or alcohol by students at school, on or in school property, or at school sponsored activities or events is prohibited.

**Tobacco and Nicotine Delivery Devices/Paraphernalia** (Board Polic*y JCDAA*)

**The following policy was approved by the Kansas State Board of Education on December 10, 2019 and will be followed in conjunction with USD 475 policy**

**Students and Staff:** The use, possession, or promotion of an tobacco product by an student or staff is prohibited in any district facility; in school vehicles; at school-sponsored activities, programs, or events; and on school owned or operated property at all times.

**Visitors**: The use of any tobacco product by parents, contractors, volunteers, and all other visitors is prohibited in any district facility; in school vehicles; at school-sponsored activities, programs, or events; and on school owned or operated property at all times.
The following definitions apply to this policy.

**"Tobacco product"** means any product that is made form or derived from tobacco, or that contains nicotine, that is intended for human consumption or is likely to be consumed, whether smoked, heated, chewed, absorbed, dissolved, inhaled or ingested by any other means, including, but not limited to, Electronic Nicotine Delivery System (ENDS), cigarettes, cigars, pipe tobacco, chewing tobacco, snuff or snus. Tobacco product also means any component or accessory use in the consumption of a tobacco product, such as filters, rolling papers, pipes, charging devices, cartridges and any substance used in ENDS, whether or not they contain nicotine. This definition does not include FDA-approved Nicotine Replacement Therapies including transdermal nicotine patches, nicotine gum, and nicotine lozenges.

**"Electronic Nicotine Delivery System (ENDS)"** means any device the delivers a vaporized solution (including nicotine, THC or any other substance) by means of cartridges or other chemical delivery systems. Such definition shall include, but may not be limited to, any electronic cigarette, vape pen, hookah pen, cigar, cigarillo, pipe, or personal vaporizer. ENDS are not FDA-approved Nicotine Replacement Therapy devices.

**"Promotion"** includes, but is not limited to, product advertising via branded gear, bags, clothing, any personal articles, signs, structures, vehicles, flyers, or any other materials.

As a condition of continued enrollment in the district, students shall abide by the terms of this policy. Students shall not manufacture, sell, distribute, dispense, possess, use, and/or be under the influence of illicit drugs, controlled substances, or alcoholic beverages at school, on or in school district property, or at any school activity, program or event. Any student violating the terms of this policy will be reported to the appropriate law enforcement officials, and will be subject to:
(A) Short term suspension

(B) Long term suspension; not less than one semester or four months

(C) Expulsion from school for the remainder of the school year.

(D) Suspension from participation and attendance at all student activities for a period that could be for the remainder of the year.

(E) Notification of the military or civilian policy of a violation

(F) A referral may be made to the Student Assistance Program for services.

(G) A student placed on long term suspension under this policy may be readmitted on a probationary status if the student agrees to complete a drug and alcohol rehabilitation program. The school will make a viable list of programs. The student and his/her parents or guardians will be responsible for paying for such rehabilitation.

Students who are suspended or expelled under the terms of this policy will be afforded the due process rights contained in Board policies and Kansas statutes (K.S.A 72-8901, et. seq.). Nothing in this policy is intended to diminish the ability of the district to take other disciplinary action against the student in accordance with the policies governing student discipline.

In the event it is agreed that the student will enter into and complete a drug education or rehabilitation program, the cost of such a program will be the responsibility of the student and his/her parents/guardians. A list of drug and alcohol counseling, treatment and rehabilitation programs, along with the names and addresses of contact persons for the programs is on file with the board clerk or designee. Parents or students should contact the directors of the programs to determine the cost and length of the program.

**Administrative Guidelines Emergency Safety Interventions (ESI)** (*Board Policy GAAF*)

The Board of Education is committed to limiting the use of Emergency Safety Intervention ("ESI") such as seclusion and restraint, with all students. Seclusion and restraint shall be used only when a student's conduct necessitates the use of an emergency safety intervention as defined below.  The board of education encourages all employees to utilize other behavioral management tools, including prevention techniques, de-escalation techniques, and positive behavior intervention strategies.

This policy shall be made available on the district website with links to the policy available on any individual school pages.  In addition, this policy shall be included in at least one of the following:  each school's code of conduct, school safety plan, or student-.guidebook. Notice of the online availability of this policy shall be provided to parents during enrollment each year.

Prohibited Types of Restraint All staff members are prohibited from engaging in the following actions with all students:

- Using face -down (prone) physical restraint;
- Using face -up (supine) physical restraint;
- Using physical restraint that obstructs the student's airway;
- Using physical restraint that impacts a student's primary mode of communication;
- Using chemical restraint, except as prescribed treatments for a student's medical or psychiatric condition by a person appropriately licensed to issue such treatments; and
- Use of mechanical restraint, except:
  - Protective or stabilizing devices required by law or used in accordance with an order from a person

34

appropriately licensed to issue the order for the device;
- Any device used by a certified law enforcement officer to carry out law enforcement duties; or
- Seatbelts and other safety equipment when used to secure students during transportation.

Use of Emergency Safety Interventions ESI shall be used only when a student presents a reasonable and immediate danger of physical harm to such student or others with the present ability to effect such physical harm. Less restrictive alternatives to ESI, such as positive behavior interventions support, shall be deemed inappropriate or ineffective under the circumstances by the school employee witnessing the student's behavior prior to the use of any ESI. The use of ESI shall cease as soon as the immediate danger of physical harm ceases to exist. Violent action that is destructive of property may necessitate the use of an ESI.

Use of an ESI for purposes of discipline, punishment, or for the convenience of a school employee shall not meet the standard of immediate danger of physical harm.

## ESI Restrictions

A student shall not be subjected to ESI if the student is known to have a medical condition that could put the student in mental or physical danger as a result of ESI. The existence of such medical condition must be indicated in a written statement from the student's licensed health care provider, a copy of which has been provided to the school and placed in the student's file. Such written statement shall include an explanation of the student's diagnosis, a list of any reasons why ESI would put the student in mental or physical danger, and any suggested alternatives to ESI. Notwithstanding the provisions of this subsection, a student may be subjected to ESI, if not subjecting the student to ESI would result in significant physical harm to the student or others. Use of Seclusion When a student is placed in seclusion, a school employee shall be able to see and hear the student at all times.

## Seclusion Rooms

All seclusion rooms equipped with a locking door shall be designed to ensure that the lock automatically disengages when the school employee viewing the student walks away from the seclusion room, or in case of emergency, such as fire or severe weather. A seclusion room shall be a safe place with proportional and similar characteristics as other rooms where students frequent. Such room shall be free of any condition that could be a danger to the student, well-ventilated, and sufficiently lighted.

## Training

All staff members shall be trained regarding the use of positive behavioral intervention strategies, de-escalation techniques, and prevention techniques. Such training shall be consistent with nationally recognized training programs on ESI.

Each school building shall maintain written or electronic documentation regarding the training that was provided and a list of participants, which shall be made available for inspection by the state board of education upon request.

## Notification and Documentation

The principal or designee shall notify the parent the same day as an incident. The same-day notification requirement of this subsection shall be deemed satisfied if the school attempts at least two methods of contacting the parent. A parent may designate a preferred method of contact to receive the same-day

35

notification. Also, a parent may agree, in writing, to receive only one same -day notification from the school for multiple incidents occurring on the same day.

Documentation of the ESI used shall be completed and provided to the student's parents no later than the school day following the day of the incident. Such written documentation shall include: (A) The events leading up to the incident; (B) student behaviors that necessitated the ESI; (C) steps taken to transition the student back into the educational setting; (D) the date and time the incident occurred, the type of ESI used, the duration of the ESI, and the school personnel who used or supervised the ESI; (E) space or an additional form for parents to provide feedback or comments to the school regarding the incident; (F) a statement that invites and strongly encourages parents to schedule a meeting to discuss the incident and how to prevent future incidents; and (G) email and phone information for the parent to contact the school to schedule the ESI meeting. Schools may group incidents together when documenting the items in subparagraphs (A), (B) and (C) if the triggering issue necessitating the ESI is the same.

The parent shall be provided the following information after the first and each subsequent incident during each school year: (1) a copy of this policy which indicates when ESI can be used; (2) a flyer on the parent's rights; (3) information on the parent's right to file a complaint through the local dispute resolution process (which is set forth in this policy) and the complaint process of the state board of education; and (4) information that will assist the parent in navigating the complaint process, including contact information for Families Together and the Disability Rights Center of Kansas. Upon the first occurrence of an incident of ESI, the foregoing information shall be provided in printed form or, upon the parent's written request, by email. Upon the occurrence of a second or subsequent incident, the parent shall be provided with a full and direct website address containing such information. Law Enforcement, School Resource, and Campus Security Officers Campus police officers and school resource officers shall be exempt from the requirements of this policy when engaged in an activity that has a legitimate law enforcement purpose. School security officers shall not be exempt from the requirements of this policy. If a school is aware that a law enforcement officer or school resource officer has used seclusion, physical restraint, or mechanical restraint on a student, the school shall notify the parent the same day using the parent's preferred method of contact. A school shall not be required to provide written documentation to a parent, as set forth above, regarding law enforcement use of an emergency safety intervention, or report to the state department of education any law enforcement use of an emergency safety intervention. For purposes of this subsection, mechanical restraint includes, but is not limited to, the use of handcuffs.

**Documentation of ESI Incidents**
Except as specified above with regard to law enforcement or school resource officer use of emergency safety interventions, each building shall maintain documentation any time ESI is used with a student. The documentation shall include all of the following:
- Date and time of the ESI
- Type of ESI
- Length of time the ESI was used
- School personnel who participated in or supervised the ESI
- Whether the student had an individualized education program at the time of the incident
- Whether the student had a section 504 plan at the time of the incident
- Whether the student had a behavior intervention plan at the time of the incident.

All such documentation shall be provided to the building principal, who shall be responsible for providing

36

copies of such documentation to the superintendent or the superintendent's designee on at least a biannual basis. At least once per school year, each building principal or designee shall review the documentation of ESI incidents with appropriate staff members to consider the appropriateness of the use of ESI in those instances. Reporting Data District administration shall report ESI data to the state department of education as required.

**Parent Right to Meeting on ESI Use**

After each incident, a parent may request a meeting with the school to discuss and debrief the incident. A parent may request such meeting verbally, in writing, or by electronic means. A school shall hold a meeting requested under this subsection within 10 school days of the parent's request.

The focus of any such meeting shall be to discuss proactive ways to prevent the need for emergency safety interventions and to reduce incidents in the future. For a student with an IEP or a Section 504 plan, such student's IEP team or Section 504 plan team shall discuss the incident and consider the need to conduct a functional behavioral assessment, develop a behavior intervention plan, or amend the behavior intervention plan if already in existence.

For a student with a section 504 plan, such student's section 504 plan team shall discuss and consider the need for a special education evaluation. For students who have an individualized education program and are placed in a private school by a parent, a meeting called under this subsection shall include the parent and the private school, who shall consider whether the parent should request an individualized education program team meeting. If the parent requests an individualized education program team meeting, the private school shall help facilitate such meeting.

For a student without an IEP or Section 504 plan, the school staff and the parent shall discuss the incident and consider the appropriateness of a referral for a special education evaluation, the need for a functional behavioral assessment, or the need for a behavior intervention plan.

Any such meeting shall include the student's parent, a school administrator for the school the student attends, one of the student's teachers, a school employee involved in the incident, and any other school employees designated by the school administrator as appropriate for such meeting. The student who is the subject of such meetings shall be invited to attend the meeting at the discretion of the parent. The time for calling such a meeting may be extended beyond the 10-day limit if the parent of the student is unable to attend within that time period. Nothing in this section shall be construed to prohibit the development and implementation of a-functional behavior assessment or a behavior intervention plan for any student if such student would benefit from such measures.

**Local Dispute Resolution Process**

If a parent believes that an emergency safety intervention has been used on the parent's child in violation of state law or board policy, the parent may file a complaint as specified below. The board of education encourages parents to attempt to resolve issues relating to the use of ESI informally with the building principal and/or the superintendent before filing a formal complaint with the board. Once an informal complaint is received, the administrator handling such complaint shall investigate such matter, as deemed appropriate by the administrator.

In the event that the complaint is resolved informally, the administrator must provide a written report of the

informal resolution to the superintendent and the parents and retain a copy of the report at the school. The superintendent will share the informal resolution with the board of education and provide a copy to the state department of education.

If the issues are not resolved informally with the building principal and/or the superintendent, the parents may submit a formal written complaint to the board of education by providing a copy of the complaint to the clerk of the board and the superintendent within thirty (30) days after the parent is informed of the incident.

Upon receipt of a formal written complaint, the board president shall assign an investigator to review the complaint and report findings to the board as a whole. Such investigator may be a board member, a school administrator selected by the board, or a board attorney. Such investigator shall be informed of the obligation to maintain confidentiality of student records and shall report the findings of fact and recommended corrective action, if any, to the board in executive session.

Any such investigation must be completed within thirty (30) days of receipt of the formal written complaint by the board clerk and superintendent. On or before the 30t h day after receipt of the written complaint, the board shall adopt written findings of fact and, if necessary, appropriate corrective action.

A copy of the written findings of fact and any corrective action adopted by the board shall only be provided to the parents, the school, and the state department of education and shall be mailed to the parents and the state department within 30 days of the board's receipt of the formal complaint. If desired, a parent may file a complaint under the state board of education administrative review process within thirty (30) days from the date a final decision is issued pursuant to the local dispute resolution process

Another intervention may be to remove a student from the scene of imminent danger or injury for a brief period of time. The purpose of this temporary removal is also to prevent students from harming themselves or others.

For information on the USD 475 Emergency Safety Interventions (ESI) policy go to the following website:

http://www.usd475.org/parent-resources/emergency-safety-interventions/

**FAMILY EDUCATIONAL RIGHTS & PRIVACY ACT (FERPA)**

The district policy states that the district may disclose appropriately designated "directory information", unless you notified the district in writing by August 15 or no later than 10 days after enrollment. If notification is not received, pictures of your child may be posted on the building and USD 475 web pages.

**EQUAL EMPLOYMENT/EDUCATIONAL OPPORTUNITY/NON DISCRIMINATION**

Geary County Unified School District No. 475 does not discriminate on the basis of race, color, national origin, sex, disability, or age in its programs and/or activities and provides equal access to the Boy Scouts and other designated youth groups.  For questions or complaints based on race, color, national origin, sex or age, please contact Director of Human Resources.  For questions or complaints based on disability, please contact Director of Exceptional Student Services. They can be reached at 785-717-4000, 123 N. Eisenhower Street, Junction City, Kansas 66441-0370.

**ANTI-DISCRIMINATORY POLICIES & GRIEVANCE PROCEDURE**

http://www.usd475.org/notice-of-nondiscrimination/

**Discrimination Complaints** *(Board Policy KN***)**
The board encourages all complaints regarding the district to be resolved at the lowest possible administrative level.  Whenever a complaint is made directly to the board as a whole or to a board member as an individual, it will be referred to the administration for study and possible resolution. Complaints should be directed to the Superintendent.

Discrimination against any individual on the basis of race, color, national origin, sex, disability, age, religion, or genetic information in the admission or access to, or treatment or employment in the district's programs and activities is prohibited. Harassment of an individual on any of these grounds is also prohibited.

**Complaints About Discrimination, Discriminatory Harassment**
Complaints of discrimination or discriminatory harassment by an employee should be addressed to the employee's supervisor, the building principal, or the district compliance coordinator.  Complaints by a student should be addressed to the building principal, another administrator, the guidance counselor, or another staff member.  Any school employee who receives a complaint of discrimination or harassment from a student shall inform the student of the employee's obligation to report the complaint and any proposed resolution of the complaint to the building principal.

 If the building principal is the alleged harasser, the complaint shall be reported to the district compliance coordinator.  Complaints by any other person alleging discrimination should be addressed to the building principal or the district compliance coordinator. Complaints about discrimination, including complaints of harassment, will be resolved through the following complaint procedures:

**Informal Procedures**
The building principal shall attempt to resolve complaints of discrimination or harassment in an informal manner at the building level. Any school employee who receives a complaint of discrimination harassment from a student, another employee or any other individual shall inform the individual of the employee's obligation to report the complaint and any proposed resolution of the complaint to the building principal. The building principal shall discuss the complaint with the individual to determine if it can be resolved. If the matter is resolved to the satisfaction of the individual, the building principal shall document the nature of the complaint and the proposed resolution of the complaint, and forward this record to the district compliance coordinator. Within 20 days after the complaint is resolved in this manner, the principal shall contact the complainant to determine if the resolution of the matter remains acceptable. If the matter is not resolved to the satisfaction of the individual in the meeting with the principal, or if the individual does not believe the resolution remains acceptable, the individual may initiate a formal complaint.

**Formal Complaint Procedures**
- A formal complaint should be filed in writing and contain the name and address of the person filing the complaint. The complaint should briefly describe the alleged violation. If an individual does not wish to file a written complaint and the matter has not been adequately resolved, the building principal

39

may initiate the complaint. Forms for filing written complaints are available in each building office and the central office.

- A complaint should be filed as soon as possible after the conduct occurs, but not later than 180 days after the complainant becomes aware of the alleged violation, unless the conduct forming the basis for the complaint is ongoing.

- If appropriate, an investigation shall follow the filing of the complaint. If the complaint is against the superintendent, the board shall appoint an investigating officer. In other instances, the investigation shall be conducted by the building principal, the Compliance Coordinator or another individual appointed by the board. The investigation shall be informal but thorough. All interested persons, including the complainant and the person against whom the complaint is lodged, will be afforded an opportunity to submit written or oral evidence relevant to the complaint.

- A written determination of the complaint's validity and a description of the resolution shall be issued by the investigator, and a copy forwarded to the complainant no later than 30 days after the filing of the complaint.

- Records relating to complaints filed and their resolution shall be forwarded to and maintained in a confidential manner by the district compliance coordinator.

- The complainant may appeal the determination of the complaint.  Appeals shall be heard by the district compliance coordinator, a hearing officer appointed by the board, or by the board itself as determined by the board.  The request to appeal the resolution shall be made within 20 days after the date of the written resolution of the complaint at the lower level.  The appeal officer shall review the evidence gathered by the investigator and the investigator's report and shall afford the complainant and the person against whom the complaint is filed an opportunity to submit further evidence, orally or in writing, within 10 days after the appeal is filed.  The appeal officer will issue a written determination of the complaint's validity and a description of its resolution within 30 days after the appeal is filed.

- Use of this complaint procedure is not a prerequisite to the pursuit of any other remedies including the right to file a complaint with the Office for Civil Rights of the U.S. Department of Education, the Equal Employment Opportunity Commission, or the Kansas Human Rights Commission.

## HARRASSMENT

**Racial and Disability Harassment** (*Board Policy JGECA*)
The  board of education is committed to providing a positive and productive learning and working environment, free from discrimination, including harassment, on the basis of race, color or national origin or disability.  Discrimination or harassment on the basis of race, color or national origin ("racial harassment") or on the basis of disability ("disability harassment") shall not be tolerated in the school district.  Racial or disability harassment of employees or students of the district by board members, administrators, certificated and support personnel, student, vendors, and any others having business or other contact with the school district is strictly prohibited.

Racial harassment is unlawful discrimination on the basis of race, color or national origin under Titles VI and VII of the Civil Rights Act of 1964, and the Kansas Acts Against Discrimination. Disability harassment is unlawful discrimination on the basis of disability under Section 504 of the Rehabilitation Act of 1973 and the Americans with Disabilities Act.  All forms of racial or disability harassment are prohibited at school, on school property, and at all school-sponsored activities, programs or events.  Racial or disability harassment

40

against individuals associated with the school is prohibited, whether or not the harassment occurs on school grounds.

It shall be a violation of this policy for any student, employee or third party (visitor, vendor, etc.) to racially harass any student, employee or other individual associated with the school.  It shall further be a violation for any employee to discourage a student from filing a complaint, or to fail to investigate or refer for investigation, any complaint lodged under the provisions of this policy.

Prohibited conduct under this policy includes racially or disability-motivated conduct which:

- Affords a student different treatment, solely on the basis of race, color or national origin, or disability, in a manner which interferes with or limits the ability of the student to participate in or benefit from the services, activities or programs of the school;
- Is sufficiently severe, pervasive or persistent so as to have the purpose or effect of creating a hostile academic environment; or
- Is sufficiently severe, pervasive or persistent so as to have the purpose or effect of interfering with a student's academic performance or ability to participate in or benefit from the services, activities or programs of the school.

Racial or disability harassment may result from verbal or physical conduct or written graphic material.

The District encourages all victims of racial or disability harassment and persons with knowledge of such harassment to report the harassment immediately.  The District will promptly investigate all complaints of racial or disability harassment and take prompt corrective action to end the harassment.

Any student who believes he or she has been subject to racial or disability harassment or has witnessed an act of alleged racial or disability harassment, should discuss the alleged harassment with the building principal, another administrator, the guidance counselor, or another certified staff member. Any school employee who receives a complaint of racial or disability harassment from a student shall inform the student of the employee's obligation to report the complaint and any proposed resolution of the complaint to the building principal.

If the building principal is the alleged harasser, the complaint shall be reported to the district compliance coordinator. The building principal shall discuss the complaint with the student to determine if it can be resolved. If the matter is not resolved to the satisfaction of the student in this meeting, the student may initiate a formal complaint under the district's discrimination complaint procedure in policy KN.

Complaints received will be investigated to determine whether, under the totality of the circumstances, the alleged behavior constitutes racial or disability harassment under the definition outlined above. Unacceptable student conduct may or may not constitute racial or disability harassment, depending on the nature of the conduct and its severity, pervasiveness and persistence. Behaviors which are unacceptable but do not constitute harassment may provide grounds for discipline under the code of student conduct. The discipline of a student for violation of any provision of the code of student conduct may be enhanced if the conduct is racially or disability motivated.

If discrimination or harassment has occurred, the district will take prompt, remedial action to prevent its reoccurrence.

An employee who witnesses an act of racial or disability harassment shall report the incident to the building principal. Employees who fail to report complaints or incidents of racial or disability harassment to appropriate school officials may face disciplinary action. School administrators who fail to investigate and take appropriate corrective action in response to complaints of racial or disability harassment may also face disciplinary action

When a complaint contains evidence of criminal activity or child abuse, the compliance coordinator shall report such conduct to the appropriate law enforcement or DCF authorities.

To the extent possible confidentiality will be maintained throughout the investigation of a complaint. The desire for confidentiality must be balanced with the district's obligation to conduct a thorough investigation, to take appropriate corrective action or to provide due process to the accused.

The filing of a complaint or otherwise reporting racial or disability harassment shall not reflect upon the student's status or grades. Any act of retaliation against any person who has filed a complaint or testified, assisted, or participated in an investigation proceeding, or hearing involving a racial or disability harassment complaint is prohibited. Any person who retaliates is subject to immediate disciplinary action, up to the including expulsion for a student or termination of employment for an employee.

False or malicious complaints of racial or disability harassment may result in corrective or disciplinary action against the complainant.

A summary of this policy shall be posted in each district facility and shall also be published in student handbooks and on the district's website as directed by the district compliance coordinator. Notification of the policy shall be included in the school newsletter or published in the local newspaper annually, if applicable.

**Sexual Harassment**  *(Board Policy JGEC)*
The board of education is committed to providing a positive and productive learning and working environment, free from discrimination on the basis of sex, including sexual harassment. The district does not discriminate on the basis of sex in admissions, employment, or the educational programs or activities it operates an d is prohibited by Title IX from engaging in such discrimination. Discrimination on the basis of sex, including sexual harassment will not be tolerated in the school district. Discrimination on the basis of sex of employees or students of the district by board members, administrators, certificated and support personnel, students, vendors, and any others having business or other contact with the school district is strictly prohibited.

Sexual harassment is unlawful discrimination of the basis of sex under Title IX of the Education Amendments of 1972, Title VII of the Civil Rights Act of 1964, and the Kansas Act Against Discrimination. All forms of sexual harassment are prohibited at school, on school property, and at all school sponsored activities, programs, or events within the United States. Sexual harassment against individuals associated with the school is prohibited, whether or not the harassment occurs on school grounds.

It shall be a violation of this policy for any student, employee or third party (visitor, vendor, etc.) to sexually harass any student, employee, or other individual associated with the school.  It shall further be a violation for any employee to discourage a student from filing a complaint, or to fail to investigate or refer for investigation, any complaint lodged under the provisions of this policy.

Sexual harassment shall include conduct on the basis of sex involving one or ore of the following: (1) A district employee conditioning the provision of an aid, benefit, or service of the district on an individual's participation in unwelcomed sexual conduct; (2) unwelcomed conduct determined by a reasonable person to be so severe, pervasive, and objectively offensive that it effectively denies a person equal access to the district's educational program or activity; or (3) sexual assault, dating violence, domestic violence, or stalking.

Sexual harassment may result from verbal or physical conduct or written or graphic material.  Sexual harassment may include, but is not limited to:  verbal harassment or abuse of a sexual nature; pressure for sexual activity; repeated remarks to a person, with sexual or demeaning implication; unwelcome touching; or suggesting or demanding sexual involvement accompanied by implied or explicit threats concerning a student's grades, participation in extra-curricular activities, etc.

The District encourages all victims of sexual harassment and persons with knowledge of such harassment to report the harassment immediately.  Complaints of sexual harassment will be promptly investigate d and resolved. Any person may make a verbal or written report of sex discrimination by any means and at any time.
The Executive Director of Personnel Services, 123 North Eisenhower, 785 -717 -4000, has been designated to coordinate compliance with nondiscrimination requirements contained in Title IX of the Education Amendments of 19 72, Title VII of the Civil Rights Act of 1964 regarding discrimination on the basis of sex, and the Kansas Act Against Discrimination . Information concerning the provisions of these Acts, and the rights provided thereunder, are available from the Title IX Coordinator. Inquiries about the application of Title IX to the district may be referred to the Title IX Coordinator, to the Assistant Secretary for Civil Rights at the U.S. Department of Education, Office of Civil Rights, 400 Maryland Avenue, SW< Washington D.C., 20202 -1100, (800) 421 -3481, or at OCR@ed.gov; or both.

<u>Response to Harassment Complaints</u>

The district takes all reports of sexual harassment seriously and will respond meaningfully to every report of discrimination based on sex, including sexual harassment, of which the district has actual knowledge.

Any students who believe that he or she has been subjected to sexual harassment should report the alleged harassment to the building principal, another administrator, the guidance counselor, the Title IX Coordinator, or another licensed staff member. All employees receiving reports of sexual harassment from a student shall notify the Title IX Coordinator.

<u>Definitions</u>

The following definitions apply to the district in responding to complaints of sexual discrimination including sexual harassment as defined by Title IX of the Education Amendments of 1972, Title VII of the Civil Rights

Act of 1964, and the Kansas Act Against Discrimination. The "complainant" means an individual who is alleged to be a victim of conduct that could constitute sexual harassment.

"Dating violence" means violence committed by a person who is or has been in a social relationship of a romantic or intimate nature with the victim where the existence of such a relationship shall be determined based on a consideration of the length of the relationship, the type of relationship, and the frequency of interaction between the persons involved.

The "decision-maker" reviews all the evidence and prepares an impartial written responsibility determination as to whether the alleged conduct occurred and provides an opportunity for the parties and their representatives to prepare written questions to be answered by the other party. The decision-maker shall not be the Title IX Coordinator or investigator.

"Domestic violence" includes crimes of violence committed by a person who is a current or former spouse, partner, person with whom the victim shares a child, or who is or has cohabited with the victim as a spouse or partner, by a person similarly situated to a spouse of the victim under Kansas or applicable federal law, or by any other person against an adult or youth victim having protection from such person's acts by Kansas or applicable federal law.
 A "formal complaint" means a document filed by a complainant or signed by the Title IX Coordinator alleging sexual harassment against a respondent and requesting that the district investigate the allegation of sexual harassment.

The "investigator" is the person who carries out the investigation after the formal complaint is filed and conducts interviews of the witnesses, collects and documents evidence, and drafts an investigative report.

A "respondent" is an individual who has been reported to be the perpetrator of conduct that could constitute sexual harassment.

"Sexual assault" means an offense classified as a forcible or nonforcible sex offense under the uniform crime reporting system of the Federal Bureau of Investigation.

"Stalking" means engaging in a course of conduct directed at a specific person that would cause a reasonable person to fear for his or her safety or the safety of others or to suffer substantial emotional distress.

The "Title IX Coordinator" is the individual designated at the district level who has responsibility to coordinate compliance with Title IX of the Education Amendments of 1972, Title VII of the Civil Rights Act of 1964 regarding discrimination on the basis of sex, and the Kansas Act Against Discrimination. The Title IX Coordinator's responsibilities include, but are not limited to: developing materials and ensuring professional development occurs for staff involved in Title IX compliance, creating systems to centralize records, gathering re levant data, contacting the complainant (and/or parents or guardians, if applicable) once the district has actual knowledge of alleged sexual harassment, coordinating the implementation of supportive measures, signing a formal complaint to initiate a grievance process, and ensuring any remedies are implemented.

The Title IX Coordinator, any investigator, decision-maker, or any person who facilitates an informal resolution process shall not have a conflict of interest or bias for or against the complainant or respondent.

These individuals shall receive training on the definition of sexual harassment; the scope of the education program and activities; how to conduct an investigation, including appeals and informal resolution processes; and how to serve impartially, including by avoiding prejudgment of the facts, conflicts of interest, and bias. Decision-makers shall receive training on issues of relevance of questions and evidence, including when questions and evidence about the complainant's sexual predisposition or prior sexual behavior are not relevant. Investigators shall receive training on issues of relevance of questions and evidence in order for them to create investigative reports that fairly summarize relevant evidence.

Any employee who witnesses an act of sexual harassment or receives a complaint of harassment from another employee or a student shall report the complaint to their immediate supervisor, building administrator, or Title IX Coordinator. Employees who fail to report complaints or incidents of sexual harassment to appropriate district officials may face disciplinary action. District officials who fail to investigate and take appropriate corrective action in response to complaints of sexual harassment may also face disciplinary action.

Complaints received will be investigated to determine whether, under the totality of the circumstances, the alleged behavior constitutes sexual harassment under the definition outlined above. Unacceptable student conduct may or may not constitute sexual harassment, depending on the nature of the conduct and its severity, pervasiveness, and persistence. Behaviors which are unacceptable but do not constitute harassment may provide grounds for discipline under the code of student conduct.

If discrimination or harassment has occurred, the district will take prompt, remedial action to stop it and prevent its reoccurrence.

The Title IX Coordinator shall promptly respond in a meaningful way to any reports of sexual discrimination including sexual harassment of which the district has actual knowledge as follows:
> • Contact the complainant within 10 business days and discuss the availability of supportive measures, with or without the filing of a formal complaint, and consider the complainant's wishes as to supportive measures: and
> • Inform the complainant of the right to a formal complaint investigation consistent with Title IX and the informal resolution process.

Supportive Measures

The district will treat the complainant and respondent equitably by offering supportive measures. These non-disciplinary and non-punitive measures will be offered as appropriate, as reasonably available, and without cost to the complainant or the respondent. Supportive measures are designed to restore or preserve equal access to the education program or activity without unreasonably burdening the other party. "Supportive Measures" shall include, but not be limited to, measures designed to protect the safety of all parties, to protect the district's educational environment, or to deter sexual harassment. These measures may include counseling, extensions of deadlines or course -related adjustments, modifications of work or class schedules, escort services, mutual restrictions on contact between the parties, changes in work

45

locations, leaves of absence, increased security and monitoring, and other similar measures. The Title IX Coordinator is responsible for coordinating the effective implementation of supportive measures.

<u>The Formal Complaint</u>

No investigation of alleged sexual harassment may occur until after a formal complaint has been filed.

A formal complaint is a document filed by the complainant or signed by the Title IX Coordinator alleging sexual harassment and requesting an investigation. The procedures for filing a formal complaint are as follows:

- At the time of filing a formal complaint, a complainant must be participating in or attempting to participate in the education program or activity of the district concerning which the formal complaint is filed.
- A formal complaint should be filed in writing and contain the name and address of the person filing the complaint. The complaint should briefly describe the alleged violation. Filing of the complaint with the Title IX Coordinator may be done in person, by mail, or by email. If an individual does not wish to file a written complaint, and the matter has not been adequately
- resolved, the Title IX Coordinator may initiate the complaint. Forms for filing written complaints are available in each school building office and the central office.
- A complaint should be filed as soon as possible after the conduct occurs, but not later than 180 calendar days after the complainant becomes aware of the alleged violation, unless the conduct forming the basis for the complaint is ongoing.
- An investigation shall follow the filing of the complaint. If the complaint is against the superintendent, the board shall appoint an investigating officer. In other instances, the investigation shall be conducted by a qualified individual designated by the Title IX Coordinator or another individual appointed by the board. The investigation shall be thorough. All interested persons, including the complainant and the respondent, will be afforded an opportunity to submit written or oral evidence relevant to the complaint.

<u>Formal Complaint Notice Requirements</u>

Upon filing of a formal complaint, the district shall provide written notice to the known parties including:

- Notice of the allegations of sexual harassment including sufficient details to prepare a response before any initial interview including:
  - the identities of the parties involved, if known;
  - the conduct allegedly constituting sexual harassment; and
  - the date and location of the alleged incident, if known.

- An explanation of the district's investigation procedures, including any informal resolution process;

- A statement that the respondent is presumed not responsible for the alleged conduct and that a determination regarding responsibility will be made by the decision-maker at the conclusion of the investigation;

46

- Notice to the parties of any provision in the district's code of conduct or policy that prohibits knowingly making false statements or knowingly submitting false information.

If, in the course of an investigation, the investigator decides to investigate allegations about the complainant or respondent that are not included in the notice initially provided, notice of the additional allegations shall be provided to known parties.

Formal Complaint Investigation Procedures

To ensure a complete and thorough investigation and to protect the parties, the investigator shall:

- Ensure that the preponderance of the evidence burden of proof and the burden of gathering evidence sufficient to reach a determination regarding responsibility rests on the district and not the parties;
- Provide an equal opportunity for the parties to present witnesses and evidence;
- Not restrict either party's ability to discuss the allegations under investigation or to gather and present relevant evidence;
- Allow the parties to be accompanied with an advisor of the party's choice;
- Provide written notice of the date, time, location, participants, and purpose of any interview or meeting at which a party is expected to participate;
- Provide the parties equal access to review all the evidence collected which is directly related to the allegations raised in a formal complaint, including the investigative report, and the opportunity to respond to that evidence before a determination is made;
- Be impartial and objectively evaluate all relevant evidence without relying on sex stereotypes;
- Not have conflicts of interest or bias for or against complainants or respondents;
- Not make credibility determinations based on the individual's status as complainant, respondent, or witness.

Formal Complaint Investigation Report

The investigator shall prepare an investigative report that fairly summarizes relevant evidence and share the report with the parties and their advisors for review and response.

Before completing the investigative report, the investigator must send each party and their advisors the investigative report for review and allow the parties 10 days to submit a written response for the investigator's consideration.

The investigator's written report shall include an objective evaluation of all relevant evidence using a preponderance of the evidence standard to determine responsibility.

Decision-Maker's Determination

Upon receiving the investigator's report, the decision-maker must make a determination regarding responsibility and afford each party the opportunity to submit written, relevant questions that the parties want asked of any party or witness, provide each party with the answers, and allow for additional, limited follow-up questions.

The decision-maker must issue a written determination regarding responsibility based on a preponderance of the evidence. The decisionmaker's written determination shall:

- Identify the allegations potentially constituting sexual harassment;
- Describe the procedural steps taken, including any notifications to the parties, site visits, methods used to gather evidence, and interviews;
- Include the findings of fact supporting the determination;
- Address any district policies and/or conduct rules which apply to the facts;
- Address each allegation and a resolution of the complaint including a determination regarding responsibility, the rationale therefor, any disciplinary sanctions imposed on the respondent, and whether remedies designed to restore or preserve access to the educational program or activity will be provided by the district to the complainant; and
- The procedures and permissible bases for the complainant and/or respondent to appeal the determination

A copy of the written determination shall be provided to both parties simultaneously.

The range of disciplinary sanctions and remedies may include, but may not be limited to, supportive measures, short term suspension, long term suspension, expulsion for students, and/or termination for employees. Complainants and respondents shall be treated equitably by providing remedies to a complainant where a determination of responsibility for sexual harassment has been made. The Title IX Coordinator is responsible for the effective implementation of any remedies. If the investigation results in a recommendation that a student be suspended or expelled, procedures outlined in board policy and state law governing student suspension and expulsion will be followed.

If the investigation results in a recommendation that an employee be suspended with or without pay or terminated, procedures outlined in board policy, the negotiated agreement (as applicable), and/or state law will be followed.

Records relating to complaints filed and their resolution shall be maintained by the Title IX Coordinator for seven years.

The decision becomes final on the date the parties receive the results of an appeal, if any appeal is filed; or on the date the opportunity for an appeal expires.

<u>Appeals</u>

The complainant or respondent may appeal the decision-maker's determination regarding responsibility or a dismissal of a formal complaint, on the following bases:

- Procedural irregularity that affected the outcomes;
- New evidence that was not reasonably available at the time that could affect the outcome; and/or
- The Title IX Coordinator, investigator, or decision-maker had a conflict of interest or bias against either party that affected the outcome.

The request to appeal shall be made in writing to the Title IX Coordinator within 20 days after the date of the written determination. Appeals shall be on the record and heard by an attorney, an independent hearing

officer appointed by the board, or the board. The appeal decisionmaker may not be the Title IX Coordinator, the Investigator, or the decisionmaker from the original determination.

The appeal decision-maker will issue a written decision within 30 days after the appeal is filed. The appeal decision-maker will describe the result of the appeal and the rationale for the result.

The appeal decision-maker shall:
- Review the evidence gathered by the investigator, the investigator's report, and the original decision-maker's determination;
- Notify both parties in writing of the filing of an appeal and give them 10 days after the appeal is filed to submit further evidence in writing;
- Not have a conflict of interest or bias for or against complainant or respondent and receive the required training;
- Issue a written decision and the rationale for the decision within 30 days after the appeal is filed;
- Describe the result of the appeal and the rationale for the result in the decision; and
- Provide the written decision simultaneously to both parties and to the Title IX Coordinator.

Informal Resolution Process

At any time during the formal complaint process and prior to reaching a determination regarding responsibility, the district may facilitate an informal resolution process, such as mediation, that does not involve a full investigation and determination of responsibility.

The informal resolution process may be facilitated by a trained educational professional, consultant, or other individual selected by the Title IX Coordinator under the following conditions:
- The parties are provided a written notice disclosing the allegations, the requirements of the informal resolution process, and information on when it may preclude the parties from resuming a formal complaint arising from the same allegations;
- At any time prior to agreeing to a resolution, any party has the right to withdraw from the informal resolution process, resume the investigation of the formal complaint, and be informed of any consequences resulting from participating in the informal resolution process;
- The parties voluntarily and in writing consent to the informal resolution process; and
- • The informal resolution process cannot be used to resolve allegations that an employee sexually harassed a student.

If the matter is resolved to the satisfaction of the parties, the facilitator shall document the nature of the complaint and the proposed resolution, have both parties sign the documentation and receive a copy, and forward it to the Title IX Coordinator. Within 20 days after the complaint is resolved in this manner, the Title IX Coordinator shall contact the complainant to determine if the resolution of the matter remains acceptable. If the matt er is not resolved, or if the individual does not believe the resolution remains acceptable within 20 days after the informal resolution document is executed, the individual or the Title IX Coordinator may proceed with the formal complaint process.

If discrimination or harassment has occurred, the district will take prompt, remedial action to prevent its reoccurrence. The district prohibits retaliation or discrimination against any person for opposing

49

discrimination, including harassment; for participating in the complaint process; or making a complaint, testifying, assisting, or participating in any investigation, proceeding, or appeal.

Use of this complaint procedure is not a prerequisite to the pursuit of any other remedies, including the right to file a complaint with the Office for Civil Rights of the U.S. Department of Education, the Equal Employment Opportunity Commission, or the Kansas Human Rights Commission.

The filing of a complaint or otherwise reporting sex discrimination including sexual harassment shall not reflect upon the individual's status or grades. Any act of retaliation or discrimination against any person who has filed a complaint or testified, assisted, or participated in any investigation, proceeding, or hearing involving sex discrimination, including sexual harassment, is prohibited. Any person who retaliates is subject to immediate disciplinary action, up to and including expulsion for a student or termination of employment for an employee.

 False or malicious complaints of sexual harassment may result in corrective or disciplinary action against the complainant.

A summary of this policy and the complaint procedures including how to report or file a formal complain of sex discrimination or sexual harassment shall be posted in each district facility, shall be published in student ~~handbooks~~ guidebook and on the district's website as directed by Title IX Coordinator. Notification of the policy may include posting informational notices, publishing in local newspapers, publishing in newspapers and magazines operated by the school, or distributing memoranda or other written communications to students and employees. In addition, the district is required to include a statement of nondiscriminatory policy in any bulletins, announcements, publications, catalogs, application forms, or other recruitment materials that are made available to participants, students, applicants, or employees.



# USD 475
# One–to–One
# Device
# Handbook

### Procedures and Information for Students and Parents

The device will allow student access to educational applications, web-based tools, and many other useful sites. The device is an educational tool not intended for gaming, social networking, or high-end computing, and all users will be expected to follow the district's Acceptable Use Policy as well as all other state and federal laws, board policies, and school rules.

This document provides students and families with information about the general use of technology, ownership of the devices, rights and responsibilities for possession of the device, care of the device, its educational use, and good digital citizenship. Additionally, the last page is the USD 475 Device Agreement between Student, Parent, and School. This page must be signed and returned before the device can go home with students.

2.21.2020

<u>Ownership of the Device</u>

Although students will be issued a device for the duration of each school year, **USD 475 retains full and complete ownership of the device**.

<u>Receiving the Device</u>

Every student who receives a device will also receive a power adapter for educational purposes both at school and home.
All parents/guardians and students are required to read the USD 475 Device Agreement included in the online packet before a device will be issued and sent home with the student. If a parent opts out, the student will only use the device at school.  All students are required to go through orientation.

<u>General Use</u>

- Students are responsible for the general care of the district device issued to them.
- Students will not load software or apps onto the device without teacher approval. If applications are loaded, they become the property of USD 475.
- Students will not remove district programs or files from the device.
- Cables, cords, and accessories should be inserted carefully.
- Turn on the computer using the power button.  Allow it to come on and the login screen to load.  This will allow the computer to connect to the network before the student login.
- Students should remember to save frequently when working on digital media. The district is not responsible for the loss of any student work.
- Students should make sure the keyboard is clear of objects before closing the device.
- Students should shut down each day using the Power Options icon.
- Computers need to be plugged in each night so that the battery is fully charged each day.
- Computers should not be placed in a backpack with food, liquids, and/or heavy or sharp objects.

<u>Care and Cleaning</u>

- Care should be taken when eating and drinking near the computer.  A spill can damage the computer.
- When working near a desk or flat surface, use it to support the computer.
- To clean the computer, unplug all cables and turn off the computer.  Wipe the computer with a soft, lint-free dry cloth to clean stains and smudges. A gentle window cleaner may be used, but do not spray it directly on the computer.  Lightly spray a cloth and wipe down the computer.
- When carrying the computer, use both hands to avoid dropping the computer.  Hold and lift the device by the base, not the screen.
- Carry the device in a case between classes.
- Shut down the device if it is in the case for a long period of time.
- Only use a stylus designed for tablets to write on the computer screen.  Do not use regular pens or pencils.
- Avoid placing heavy items on the computer.
- Do not leave the computer in the car.  Changes in temperature can cause damage or it could be stolen!

**Safe Keeping**

- Content Filter: The district utilizes an Internet content filter that is in compliance with the federally mandated Children's Internet Protection Act (CIPA). All devices, regardless of physical location and Internet connection, will have Internet activity filtered. Despite the filter, the district cannot guarantee that all controversial or inappropriate materials will be blocked both at school and at home. Teachers will monitor usage at school, to their best of ability. Parents should monitor usage at home, as well.  If there is a reason to suspect students have visited inappropriate sites, downloads of the device history can be made by administration.
- The student will not give personal information when using the Internet.
- Devices that are left unattended will be collected and turned into the Media Center.
- Do not loan the computer to someone else, including family members.  Students are responsible for their own device.
- 

**Repair**

- Computers may be issued to students when the device is left for repair, if loaners are available. Computers on loan may not be taken home, unless the student is given permission by an administrator, and will be returned to the Media Center by the end of the day.
- **Important**:  Repairs shall not be done by parents, guardians, students, or any outside source for any type of repair service. If the device needs repair, please let a teacher or the Library Media Specialist know.

**Damage**

Repair costs for accidental damage to a district device are outlined below. The District determines the repair or replacement costs.

- First major accidental damage: student pays 0%, the District pays 100% of the costs
- Any subsequent repair due to damage: 100% of the costs will be charged to the student.
- If the District's third party computer repair partner determines that the device was intentionally damaged, then 100% of the costs will be charged to the student.

At no time will the student/parent be liable for more than the actual cost of the device plus tax.

- The responsibility for the care, safety and security of the District-issued device is the responsibility of the student and parent/ guardian.
- Dents in the outer casing, damage to the screen (cracks, discolored due to pressure), head phones not removed correctly from the headphone jacks, damage to any ports (headphone jacks, charging ports and USB ports) will be considered visible physical damage.
- Students are responsible for the charging cable, and case provided. Should the charging cable, and case need to be replaced, the student will be charged the current replacement cost.

**Account Access**

- Students will log into their devices using their school-issued password.
- Students must never share their account passwords with others, unless needed by building administration to address emergency or time-sensitive issues.

**USD 475 Labels**

- All devices will have a USD 475 label with an identification number unique to that device.
- Labels may not be covered, modified, removed,  or otherwise tampered with in any way.

**Probationary Device Status**

Students who have violated the USD 475 Acceptable Use Policy or any other provisions included in this Handbook will have a consequence.  This may include turning in the device at the end of each day for a period of time. The school official will secure the equipment during the evening and the student will be allowed to check it out daily for use during school.

Students engaging in unauthorized picture taking, audio recording or videotaping on school grounds or activities, or use school equipment on or off school grounds in an unauthorized manner, are subject to the administration of appropriate disciplinary resolutions up to and including suspension or expulsion. The loss, damage or theft of School District Digital Technology or Network Systems are subject to restitution and/or legal action.

**Returning the Device**

The devices, along with all peripherals and accessories, will be inventoried periodically during the school year. Students leaving any USD 475 school will check in their device to the library media center before they leave school.

**Loss and Theft**

Students and parents/guardians must report a lost or stolen device immediately to the Media Center.  If the device is stolen the student, parent, or guardian must file a police report, and turn that in to the Media Specialists immediately. If the device is lost, the student, parent/guardian, and Media Specialist will write a contract for issuing a second device.   Failure to turn in a device when requested may result in the student being charged the full replacement cost.

**IIBF - Acceptable Use Policy**

Geary County Schools USD 475 provides computer systems, including access to the Internet, to maximize the educational benefits of students and staff to better prepare them for opportunities to problem solve, manage, and retrieve information, think creatively, and communicate effectively. District computer systems and issued electronic devices are for educational and business use only. All information created by students or employees stored on District computer systems shall be considered District property and shall be subject to unannounced monitoring by District administrators. Violation of the Acceptable Use Policy (AUP) may result in disciplinary action up to and including expulsion for students, and up to and including termination for staff.  A person using electronic media for terrorist activities will be subject to legal action.

District computer systems and issued electronic devices includes, but is not limited to, hardware, software, data, communication lines and devices, terminals, printers, CD/DVD devices, PDAs, phones, smartphones, cameras, Smartboards, projectors, multimedia devices, storage devices, servers, workstations, personal computers, tablets, the Internet and other internal or external networks. This includes any other devices that may be used to connect to the USD 475 network or electronically stored USD 475 material.

The administration may conduct periodic audits of software installed on District equipment to verify legitimate use. Failure to turn in a device when requested may result in the employee or student being charged the full replacement cost. Additionally, if stolen, a report should be filed with the local law enforcement agency.

Use of the computer system is a privilege and not a right.  Students and employees shall have no expectation of privacy when using District e-mail, network or other official communication systems.  Any e-mail, network, computer application, or information in District computers or computer systems is subject to monitoring by the administration.

Technology protection measures (or Internet filters), to the extent practical, shall be used to block or filter Internet access (or other forms of electronic communications) to inappropriate information. Specifically, as required by the Children's Internet Protection Act, (CIPA), blocking shall be applied to visual depictions of material deemed obscene or child pornography, or to any material deemed harmful to minors. Use of computer systems to send, post, or download electronic messages or pictures that are abusive, obscene, sexually oriented, threatening, harassing or cyber bulling is unacceptable. Violation of the AUP may result in disciplinary action up to and including expulsion for students, and up to and including termination for staff (i.e. cancellation of privileges, detention, and expulsion).

Technology protection measures may be disabled or, in the case of minors, minimized only for bona fide research or other lawful purposes subject to staff supervision. To the extent practical, steps shall be taken to promote the safety and security of users of the Geary County School District online computer network when using electronic messaging and media.

In compliance with FERPA and CIPA guidelines, USD 475 is committed to making advanced technology and increased access to learning opportunities available to all students and staff members.

**Acceptable Use**

- The Network / Internet shall be used for research and educational purposes.  The use of this access must be in support of and consistent with the educational objectives of the District.
- Appropriate school conduct is expected when using computers, the network and the Internet
- Student users will be supervised
- Users will keep passwords secure
- Users may encounter material that is controversial, inappropriate, or offensive and shall report any incidents to their teacher or immediate supervisor
- Users must follow copyright laws

**Unacceptable Use**

Each user is responsible for his or her actions on the computer system. Prohibited conduct includes, but not limited to:

- Sending, posting, or downloading electronic messages or pictures that are abusive, obscene, sexually oriented, threatening, harassing or cyber bullying
- Using the network for commercial or private financial gain
- Using the computer system for product advertisement or political campaigning
- Vandalizing the data of another user or other networks including so-called "hacking" and other unlawful activities to hardware or software. This includes, but is not limited to, the uploading or creation of computer viruses
- Using another's password, folders, or files

- Posting material created by another without his or her consent.
- Unauthorized use of copyrighted material
- Purposefully bypassing Internet safeguards
- Willfully accessing inappropriate Internet content
- Unauthorized disclosure, use, and dissemination of personal identification information regarding minors
- Intentional damage of computers, electronic devices and computer systems (may result in the full cost of repairs)

USD 475 makes no warranties of any kind, whether express or implied, for the service it is providing. The District will not be responsible for any damages a user suffers. This includes loss of data resulting from delays, non-deliveries, service interruption, user errors, or omissions. Use of any information obtained via the Internet is at the user's own risk. USD 475 specifically denies any responsibility for the accuracy or quality of information obtained through online services. All users need to consider the source and validity of any information they obtain on the Internet. USD 475 complies with FERPA and CIPA guidelines. Revised 10-29-2014 by HD 12:23 p.m.

## <u>DIGITAL CITIZENSHIP</u>

*Digital Citizenship refers to the use of digital and information literacy skills to interact with society.*
<u>Technology Use</u>
T – Take care of your equipment
H – Hide your password
I – Internet safety
N – Netiquette
K – Kind
<u>Student Conduct</u>
While working in a digital and collaborative environment, students should always conduct themselves as good digital citizens by adhering to the following:

1. *Respect Yourself*: I will show respect for myself through my actions. I will select online names that are appropriate. I will use caution with the information, images, and other media that I post online. I will carefully consider what personal information about my life, experiences, or relationships I post. I will not be obscene. I will act with integrity.
2. *Protect Yourself*: I will ensure that the information, images, and materials I post online will not put me at risk. I will not publish my personal details, contact details, or a schedule of my activities. I will report any attacks or inappropriate behavior directed at me while online. I will protect passwords, accounts, and resources.
3. *Respect Others*: I will show respect to others. I will not use electronic mediums to antagonize, bully, harass, or stalk people. I will show respect for other people in my choice of websites. I will not visit sites that are degrading to others, pornographic, racist, or inappropriate. I will not enter other people's private spaces or areas.
4. *Protect Others*: I will protect others by reporting abuse and not forwarding inappropriate materials or communications. I will avoid unacceptable materials and conversations.
   *Respect Intellectual Property*: I will request permission to use copyrighted or otherwise protected materials. I will suitably cite all use of websites, books, media, etc. I will acknowledge all primary sources. I will validate information. I will use and abide by the fair use rules.

> Included in the Online Enrollment Packet

# USD 475 Device Agreement

Date: _____

Dear Parent(s)/Guardian(s),

Students in USD 475 will be using computers in the classroom to increase and support student achievement. Students will spend time learning how to use them respectfully and properly.

Students will have the opportunity to bring home their device. Taking a device home requires the following commitments:

- The student must have this form on file or online signature in Skyward to have a device checked out to take home. Family Handbook info/1 to 1 info, http://www.usd475.org/handbooks-and-supplies/.
- The student is to handle the device as carefully as he or she can at all times.  Any intentional damage or negligent damage may result in having to pay for the repairs or a new device.
- The student must keep the device inside a protective case when not in use.
- Students should not let others use their device to include family members.
- The student will bring the device to school fully charged each day.
- The student must return the device prior to the last student contact day.
- The student must return the device when moving to another school in the district or out of the district.
- The device is the property of USD 475 along with apps or programs on the device.
- Students/Parents/Guardians will report problems to the media specialist, teacher or administrator.  Please do not attempt to repair the device.
- Parents/Guardians will support students by supervising care and use of the device outside of school.

I, _____ agree to the terms and conditions listed above.
                              (Student)

Yes, my child has permission to check out the device. I will make sure he or she follows these commitments.

_____          _____
Student Name (Print)                                      Parent Name (Print)

_____          _____

Student Signature                                    Parent Signature