## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| **PAMELA RICARD,** | |
| *Plaintiff,* | |
| *v.* | |
| **USD 475 GEARY COUNTY SCHOOLS SCHOOL BOARD MEMBERS**—Ron Johnson, Kristy Haden, Anwar Khoury, Jim Schmidt—in their official and individual capacities; Beth Hudson, Mark Hatcher, Jason Butler—in their official capacities; **REGINALD EGGLESTON,** Superintendent, USD 475 Geary County Schools, in his official and individual capacities; **KATHLEEN BRENNAN,** Principal, Fort Riley Middle School, in her official capacity. | Case No: 5:22-cv-04015 |
| *Defendants.* | |

## SECOND DECLARATION OF PAMELA RICARD IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Pamela Ricard, declare as follows:

1.      I am over the age of eighteen and competent to testify, and I make this declaration based on my personal knowledge.

2.      Geary County Schools ("the District") maintains an online system for information, communications, and recordkeeping called "Skyward."

3.      The District maintains records of each student's legal name and sex on Skyward.

4.      Students are able to log in to Skyward. Students do not create their login credentials for Skyward. Instead, every student's "username" for Skyward is the student's official school email address. Students do not create their official school email address. The District creates each student's address and composes the address using the student's legal first and last name. Consequently, each time a student logs into Skyward, the student will enter his or her legal first and last name.

1

5.      Once a student has logged into Skyward, the student can see his or her legal name and sex as reported by the District.

6.      Skyward has a section to list students "other" names, like nicknames. The District also uses this section to list preferred names for some students in connection with a "social transition" to a gender inconsistent with the student's sex. Other students have requested to be addressed with different names in conjunction with a social transition but the District does not list their preferred name in the "other" field in Skyward—including two students currently in my class.

7.      My understanding is that the District does not list these students' names specifically because parents may see them.

8.      Parents also have access to Skyward. Parents are able to see the student's legal name and sex as reported by the District in Skyward. Parents are also able to see any names listed in the "other" field.

9.      The District maintains a paper form that students may fill out to (1) request to be addressed by a different name and (2) request that parents not be informed about the District's use of a different name to address the student.

10.     There are two students in my class who have submitted the form described in paragraph 9. Therefore, I am under a current obligation to address those students by their preferred names in school and to refer to those students by their legal names in communications to the students' parents. I have already had to send email correspondence in which I used a student's legal name to refer to a student that I (and all District personnel) must address by a different social-transition-based name at school.

2

11.     Each spring, the District publishes a yearbook that displays each student's name and photograph and includes other photographs and information chronicling school activities for the past academic year.

12.     The 2020-21 yearbook included a photo of the student described as "Student 2" in the Verified Complaint. At the time the 2020-21 yearbook was published, Student 2 had requested to be addressed with a name other than the student's legal name and with pronouns inconsistent with the student's sex. At the time the 2020-21 yearbook was published, I had been suspended and reprimanded for not using Student 2's requested name. The 2020-21 yearbook used Student 2's legal name, not the student's requested name beneath the student's photograph.

13.     To my knowledge, no District personnel were punished for publishing the yearbook or using Student 2's legal name in the yearbook.

## DECLARATION UNDER PENALTY OF PERJURY

I, Pamela Ricard, a citizen of the United States and a resident of the State of Kansas,

hereby declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and

correct to the best of my knowledge.

Executed this 3rd day of May, 2022.

Pamela Ricard

4