CLERK'S COURTROOM MINUTE SHEET

**PAMELA RICARD,**

    Plaintiff,

    v.

**USD 475 GEARY COUNTY, KS SCHOOL BOARD, et al.,**

    Defendant.

Case No. 5:22-cv-04015-HLT

| Attorney for Plaintiff: | Tyson Langhofer |
|---|---|
| | Josh Ney |
| | Caleb Dalton |
| | Greg Walters |

| Attorney for Defendants: | David Cooper |
|---|---|
| | Crystal Moe |

| JUDGE: | District Judge Holly L. Teeter | DATE: | 5/6/2022 |
|---|---|---|---|
| CLERK: | Misty Deaton | TAPE/REPORTER: | Kelli Stewart |

# MOTION HEARING

Counsel appear in person.

The parties present evidence and testimony on Plaintiff's Motion for Preliminary Injunction (Doc. 4). The Court takes the motion under advisement. Order to follow.