## CLERK'S MINUTE SHEET - WITNESS LIST

*PAMELA RICARD v. USD 45 GEARY COUNTY, KS SCHOOL BOARD, et al.*
**CASE NO: 5:22-cv-04015-HLT**

| **Witnesses for Plaintiff** | | | **Witnesses for Defendant** | | |
|---|---|---|---|---|---|
| Date | Name | Sworn | Date | Name | Sworn |
| 5/6/2022 | Pamela Ricard | (X) | 5/6/2022 | Jason Lubbers | (X) |
| | | ( ) | 5/6/2022 | Kathleen Brennan | (X) |