IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **PAMELA RICARD**,<br><br>*Plaintiff*,<br><br>v.<br><br>**USD 475 GEARY COUNTY SCHOOLS SCHOOL BOARD MEMBERS**—Ron Johnson, Kristy Haden, Anwar Khoury, Jim Schmidt—in their official and individual capacities; Beth Hudson, Mark Hatcher, Jason Butler—in their official capacities; **REGINALD EGGLESTON**, Superintendent, USD 475 Geary County Schools, in his official and individual capacities; **KATHLEEN BRENNAN**, Principal, Fort Riley Middle School, in her official capacity,<br><br>*Defendants*. | Case No: 5:22-cv-04015 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and a settlement agreement reached by the parties, Plaintiff Pamela Ricard hereby gives notice that all claims brought in her Complaint in the above-captioned matter are voluntarily dismissed with prejudice.

Respectfully submitted this 31st day of August, 2022.

By: *s/ Tyson C. Langhofer*
Tyson C. Langhofer, KS Bar No. 19241
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(480) 444-0020
tlanghofer@adflegal.org

Joshua A. Ney, KS Bar No. 24077
Ryan A. Kriegshauser, KS Bar No. 23942
Alan M. Vester, KS Bar No. 27892
15050 W. 138th St., Unit 4493
Olathe, KS 66063
Telephone: 913 303-0639
firm@knlawgroup.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 31st day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to:

 David R. Cooper
 Crystal B. Moe
 Fisher, Patterson, Sayler & Smith, LLP
 3550 S.W. 5th Street
 Topeka, KS 66606
 (785) 232-7761
 dcooper@fpsslaw.com
 cmoe@fpsslaw.com

 *Attorneys for Defendants*

*s/ Tyson C. Langhofer*
Tyson C. Langhofer

*Attorney for Plaintiff*
